IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 28 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § | B-03-047 |
| VS. | § § | CIVIL ACTION NO. _____ |
| COMPANION LIFE INSURANCE COMPANY, MANAGED BENEFITS ADMINISTRATOR AND INSURANCE CONSULTANTS, INC., J. ALLAN HALL & ASSOCIATES, INC., AND MBA OF WYOMING, INC. | § § § § § § § | |

## CERTIFICATE OF FILING AND SERVICE

We hereby certify that we, in according with 28 U.S.C. § 1446(d), on this date gave written notice of removal to all adverse parties by serving on Celeste Guerra, Law Offices of Rene Ramirez, 1906 Tesoro, Pharr, Texas 78577 and Steven E. Walraven, Otto S. Good, Shaddox, Compere, Walraven & Good, P.C., 1250 N. E. Loop 410, Suite 725, San Antonio, Texas 78209, counsel for Plaintiff, Defendants' Notice of Filing Notice of Removal to Federal Court with its attachments. A copy of same is attached to this Certificate. We also certify that a copy of the Notice was filed, in accordance with 28 U.S.C. § 1446(d), with the District Clerk for Cameron County, Texas.

Dated: February 28, 2003

Respectfully submitted,

PIPER RUDNICK, L.L.P.

Shelby J. Bush
State Bar No. 03497045
Federal I.D. No. 16578
1717 Main Street, Suite 4600
Dallas, Texas 75201
214.743.4500
214.743.4545 (fax)
**ATTORNEYS FOR COMPANION LIFE INSURANCE COMPANY**

Corpus Christi\625020.1

|  |  |
|---|---|
| THE GARCIA LAW FIRM, P.C. | *Cindy A. Garcia by [initials]*<br>Cindy A. Garcia<br>State Bar No. 07631710<br>Federal I.D. No. _____<br>Lesslie L. Eanes<br>State Bar No. 24036513<br>Federal I.D. No. _____<br>201 North First Street<br>Harlingen, Texas 78550<br>956.412.7055<br>956.412.7105<br>**ATTORNEYS FOR MANAGED BENEFITS ADMINISTRATOR AND INSURANCE CONSULTANTS, INC. AND MBA OF WYOMING, INC.** |
| BRACEWELL & PATTERSON, L.L.P. | *Roberta J. Hegland by [initials]*<br>Roberta J. Hegland<br>State Bar No. 09375000<br>Federal I.D. No. 6842<br>Joseph A. Stallone<br>State Bar No. 00797485<br>2000 One Shoreline Plaza - South Tower<br>800 North Shoreline Blvd.<br>Corpus Christi, Texas 78401-3700<br>Telephone No.: (361) 882-6644<br>Telecopier No.: (361) 903-7000<br>**ATTORNEYS FOR DEFENDANT J. ALLAN HALL & ASSOCIATES, INC.** |

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to the parties listed below on this the 28th day of February, 2003:

Celeste Guerra
Law Offices of Rene Ramirez
1906 Tesoro
Pharr, Texas 78577

Steven E. Walraven
Otto S. Good
Shaddox, Compere, Walraven & Good, P.C.
1250 N. E. Loop 410, Suite 725
San Antonio, Texas 78209

Roberta J. Hegland
Joseph A. Stallone

CAUSE NO. 2002-11-4661-B

| | | |
|---|---|---|
| SAN BENITO CONSOLIDATED<br>INDEPENDENT SCHOOL DISTRICT<br><br>VS.<br><br>COMPANION LIFE INSURANCE<br>COMPANY, MANAGED BENEFITS<br>ADMINISTRATOR AND<br>INSURANCE CONSULTANTS, INC.,<br>MICHAEL M. SWETNAM, JR.,<br>J. ALLAN HALL & ASSOCIATES, INC.,<br>AND MBA OF WYOMING, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT<br><br>138TH JUDICIAL DISTRICT<br><br>FILED 11-20 O'CLOCK<br>AURORA DE LA GARZA DIST. CL.<br>FEB 2 8 2003<br>DISTRICT COURT OF CAMERON COUNTY, TEXAS<br>_____ DEPUTY<br><br>CAMERON COUNTY, TEXAS |

## DEFENDANTS' NOTICE OF FILING
## NOTICE OF REMOVAL TO FEDERAL COURT

TO: Attorneys for Plaintiff, Celeste Guerra, Law Offices of Rene Ramirez, 1906 Tesoro, Pharr, Texas 78577, and Steven E. Walraven, Otto S. Good, Shaddox, Compere, Walraven & Good, P.C., 1250 N. E. Loop 410, Suite 725, San Antonio, Texas 78209.

Pursuant to 28 U.S.C. § 1446(d), Defendants Companion Life Insurance Company, Managed Benefits Administrator and Insurance Consultants, Inc., J. Allan Hall & Associates, Inc., and MBA of Wyoming, Inc. hereby gives written notice to all adverse parties that Defendants' Notice of Removal, a copy of which is attached, was filed today with the Clerk of the United States District Court for the Southern District of Texas, Brownsville Division. A copy of this written notice and its attachments have been filed with the Clerk of the 138th District Court of Cameron County, Texas.

Accordingly, the civil action has been removed, and the 138th District Court of Cameron County, Texas, shall proceed no further unless and until the case is remanded.

Dated: February 28, 2003                    Respectfully submitted,

*[signature: Shelby J. Bush / JJB]*

PIPER RUDNICK, L.L.P.                       Shelby J. Bush
                                            State Bar No. 03497045
                                            Federal I.D. No. 16578
                                            1717 Main Street, Suite 4600
                                            Dallas, Texas 75201
                                            214.743.4500
                                            214.743.4545 (fax)
                                            **ATTORNEYS FOR COMPANION LIFE INSURANCE COMPANY**

*[signature: Cindy A. Garcia by RJH]*

THE GARCIA LAW FIRM, P.C.                   Cindy A. Garcia
                                            State Bar No. 07631710
                                            Federal I.D. No. _____
                                            Lesslie L. Eanes
                                            State Bar No. 24036513
                                            Federal I.D. No. _____
                                            201 North First Street
                                            Harlingen, Texas 78550
                                            956.412.7055
                                            956.412.7105
                                            **ATTORNEYS FOR MANAGED BENEFITS ADMINISTRATOR AND INSURANCE CONSULTANTS, INC. AND MBA OF WYOMING, INC.**

*[signature: Roberta J. Hegland by JP]*

BRACEWELL & PATTERSON, L.L.P.               Roberta J. Hegland
                                            State Bar No. 09375000
                                            Federal I.D. No. 6842
                                            Joseph A. Stallone
                                            State Bar No. 00797485
                                            2000 One Shoreline Plaza - South Tower
                                            800 North Shoreline Blvd.
                                            Corpus Christi, Texas 78401-3700
                                            Telephone No.: (361) 882-6644
                                            Telecopier No.: (361) 903-7000
                                            **ATTORNEYS FOR DEFENDANT J. ALLAN HALL & ASSOCIATES, INC.**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to the parties listed below on this the 28th day of February, 2003:

Celeste Guerra
Law Offices of Rene Ramirez
1906 Tesoro
Pharr, Texas  78577

Steven E. Walraven
Otto S. Good
Shaddox, Compere, Walraven & Good, P.C.
1250 N. E. Loop 410, Suite 725
San Antonio, Texas  78209

                                                  Roberta J. Hegland
                                                  Joseph A. Stallone