United States District Court
Southern District of Texas
FILED

MAR 1 9 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAN BENITO CISD | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. ~~M-02-002~~ |
| | § | B-03-047 |
| COMPANION LIFE INSURANCE, ET AL | § | |

### DEFENDANT MBA OF WYOMING'S LIST OF ENTITIES
### WITH FINANCIAL INTEREST

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MBA of Wyoming, Defendant in the above styled and numbered cause of action, and files this its List of Entities with Financial Interest. In support thereof, Defendant would respectfully show unto the Court as follows:

I.

To the best of Defendant's knowledge, the only entities with a financial interest in this case are the following:

1. Defendant, MBA of Wyoming;
2. Defendant, Companion Life Insurance;
3. Defendant, J. Allan Hall & Associates, Inc.; and
4. Plaintiff, San Benito Consolidated Independent School District.

II.

Defendant would further incorporate the entities that may be named by other parties in their respective lists of entities with financial interest.

Signed March 19, 2003.

                                      Respectfully submitted,

                                      THE GARCIA LAW FIRM, P.C.
201 North First Street
Harlingen, Texas 78550
Telephone (956) 412-7055
Facsimile (956) 412-7105

By: _____
Cindy A. Garcia
State Bar No. 07631710
Federal I.D. No. 6476
**Attorney for Defendant
MBA of Wyoming**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing, Defendant MBA of Wyoming's List of Entities with Financial Interest, has been served on all counsel of record, to wit:

Stephen E. Walraven
Shaddox, Compere, Walraven & Good, P.C.
1250 N.E. Loop 410, Suite 725
San Antonio, Texas 78209
**ATTORNEYS FOR PLAINTIFF SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT**

Celeste Guerra
Law Offices of Rene Ramirez
1906 Tesoro
Pharr, Texas 78577
**ATTORNEYS FOR PLAINTIFF SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT**

Shelby J. Bush
Piper Rudnick
1717 Main Street, Suite 4600
Dallas, Texas 75201-4605
**ATTORNEYS FOR DEFENDANT COMPANION LIFE INSURANCE COMPANY**

Roberta Hegland
Bracewell & Patterson, L.L.P.
2000 Once Shoreline Plaza, South Tower
800 N. Shoreline Blvd.0
Corpus Christ, Texas 78403-3700
**ATTORNEYS FOR DEFENDANT J. ALLAN HALL & ASSOCIATES, INC.**

by depositing same in the care and custody of the United States Postal Service, by regular mail, unless otherwise specifically specified herein, on March 19, 2003.

_____
Cindy A. Garcia