United States District Court
Southern District of Texas
FILED

MAR 2 4 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § | |
| VS. | § § | CIVIL ACTION NO. 003-047 |
| COMPANION LIFE INSURANCE COMPANY, MANAGED BENEFITS ADMINISTRATOR AND INSURANCE CONSULTANTS, INC., J. ALLAN HALL & ASSOCIATES, INC., AND MBA OF WYOMING, INC. | § § § § § § | |

### DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

NOW COMES Defendant, J. Allan Hall & Associates ("J. Allan"), and files this Certificate of Interested Parties.

The following persons and/or entities have a financial interest in the outcome of this litigation:

1. San Benito Consolidated Independent School District

2. Companion Life Insurance Company

3. Managed Benefits Administrator and Insurance Consultants, Inc.

4. J. Allan Hall & Associates, Inc.

5. ESG Re North America, Inc.

Corpus Christi\627112.1

      6.    MBA of Wyoming, Inc.

Dated: March 19, 2003

BRACEWELL & PATTERSON, L.L.P.

Respectfully submitted,

*[signature]*

Roberta J. Hegland
State Bar No. 09375000
Federal I.D. No. 6842
Joseph A. Stallone
State Bar No. 00797485
2000 One Shoreline Plaza - South Tower
800 North Shoreline Blvd.
Corpus Christi, Texas 78401-3700
Telephone No.: (361) 882-6644
Telecopier No.: (361) 903-7000
**ATTORNEYS FOR DEFENDANT**
**J. ALLAN HALL & ASSOCIATES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to the parties listed below on this the 19th day of March, 2003:

Celeste Guerra
**LAW OFFICES OF RENE RAMIREZ**
1906 Tesoro
Pharr, Texas 78577

Stephen E. Walraven
Otto S. Good
**SHADDOX, COMPERE, WALRAVEN & GOOD, P.C.**
1250 N. E. Loop 410, Suite 725
San Antonio, Texas 78209

Cindy A. Garcia
Lesslie L. Eanes
**THE GARCIA LAW FIRM, P.C.**
201 North First Street
Harlingen, Texas 78550

Shelby J. Bush
**PIPER RUDNICK, L.L.P.**
1717 Main Street, Suite 4600
Dallas, Texas 75201

*[signature]*

Roberta J. Hegland
Joseph A. Stallone