United States District Court
Southern District of Texas
FILED

MAR 2 4 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

SAN BENITO CONSOLIDATED          §
INDEPENDENT SCHOOL DISTRICT      §
                                 §
VS.                              §          CIVIL ACTION NO. B-03-047
                                 §
COMPANION LIFE INSURANCE COMPANY, §
MANAGED BENEFITS ADMINISTRATOR   §
AND INSURANCE CONSULTANTS, INC., §
J. ALLAN HALL & ASSOCIATES, INC., §
and MBA OF WYOMING, INC.         §

┌─────────────────────────────────┐
│   PLAINTIFF'S CERTIFICATE OF     │
│       INTERESTED PARTIES         │
└─────────────────────────────────┘

NOW COMES Plaintiff, SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL

DISTRICT, and files this its Certificate of Interested Parties.

The following persons and/or entities have a financial interest in the outcome of this

litigation:

1.   San Benito Consolidated Independent School District
2.   Companion Life Insurance Company
3.   Managed Benefits Administrator and Insurance Consultants, Inc.
4.   J. Allan Hall & Associates, Inc.
5.   ESG Re North America, Inc.
6.   MBA of Wyoming, Inc.

Respectfully submitted,

LAW OFFICES OF RENE RAMIREZ
Celeste Guerra
1906 Tesoro
Pharr, Texas 78577
Telephone: 956/783-7880
FAX # 956/783-7884
AND
SHADDOX, COMPERE, WALRAVEN
   & GOOD, P.C.
1250 N. E. Loop 410, Suite 725
San Antonio, Texas 78209
Telephone: 210/822-2018
FAX: 210/822-4068

By: _____
       Stephen E. Walraven
       State Bar No. 20796800
       Otto S. Good
       State Bar No. 08139600
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on counsel listed below on this 21st day of March , 2003.

STEPHEN E. WALRAVEN
OTTO S. GOOD

**ATTORNEYS FOR DEFENDANT**
**COMPANION LIFE INSURANCE COMPANY**
Mr. Shelby J. Bush
PIPER RUDNICK
1717 Main Street, Suite 4600
Dallas, Texas 75201-4605

**ATTORNEYS FOR DEFENDANT**
**J. ALLAN HALL & ASSOCIATES, INC.**
Ms. Roberta J. Hegland
BRACEWELL & PATTERSON, L.L.P.
2000 One Shoreline Plaza, South Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3700

**ATTORNEYS FOR DEFENDANTS**
**MBA OF WYOMING, INC., AND MANAGED BENEFITS**
**ADMINISTRATOR AND INSURANCE CONSULTANTS, INC.**
Ms. Cindy A. Garcia
THE GARCIA LAW FIRM, P.C.
201 North 1st Street
Harlingen, Texas 78550