United States District Court
Southern District of Texas
FILED

MAR 2 5 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. B-003-047 |
| COMPANION LIFE INSURANCE COMPANY, MANAGED BENEFITS ADMINISTRATOR AND INSURANCE CONSULTANTS, INC., MICHAEL M. SWETNAM, JR., J. ALLAN HALL & ASSOCIATES, INC., AND MBA OF WYOMING, INC. | § § § § § § § § | |
| Defendants. | § | |

## COMPANION LIFE INSURANCE COMPANY'S
## CERTIFICATE OF INTERESTED PARTIES

Defendant, Companion Life Insurance Company, files this certificate of interested persons.

The undersigned counsel of record certifies that the following listed persons have a financial interest in the outcome of this case:

1. San Benito Consolidated Independent School District (Plaintiff)

2. Companion Life Insurance Company (Defendant)

3. Managed Benefits Administrator and Insurance Consultants, Inc. (Defendant)

4. J. Allan Hall & Associates, Inc. (Defendant)

5. MBA of Wyoming, Inc. (Defendant)

Respectfully submitted,

PIPER RUDNICK LLP

By: _____
Shelby J. Bush
State Bar No. 03497045

1717 Main Street, Suite 4600
Dallas, Texas 75201
(214) 743-4500 (telephone)
(214) 743-4545 (facsimile)

COUNSEL FOR COMPANION LIFE
INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that this pleading was served in compliance with Federal Rules of Civil Procedure 21 and 21a on this 24th day of March 2003 to counsel of record:

Celeste Guerra
Law Offices of Rene Ramirez
1906 Tesoro
Pharr, Texas 78577

Stephen R. Walraven
Shaddox, Compere, Walraven & Good, P.C.
1250 N.E. Loop 410, Suite 725
San Antonio, TX 78209

Roberta Hegland
Bracewell & Patterson, L.L.P.
2000 One Shoreline Plaza, South Tower
800 North Shoreline Boulevard
Corpus Christi, TX 78403-3700

Cindy A. Garcia
The Garcia Law Firm, P.C.
201 North 1st Street
Harlingen, Texas 78550

_____
Shelby J. Bush