United States District Court
Southern District of Texas
FILED

MAR 31 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT § § § <br> vs. § § § § § § § <br> COMPANION LIFE INSURANCE COMPANY, MANAGED BENEFITS ADMINISTRATOR AND INSURANCE CONSULTANTS, INC., J. ALLAN HALL & ASSOCIATES, INC., and MBA OF WYOMING, INC. | CIVIL ACTION NO. B-03-047 |

**PLAINTIFF'S MOTION FOR LEAVE TO APPEAR ON BEHALF OF ATTORNEY-IN-CHARGE**

TO THE HONORABLE UNITED STATE DISTRICT COURT:

NOW COMES Plaintiff, SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, and its attorney-in-charge, the undersigned STEPHEN E. WALRAVEN, and request leave for his partners, OTTO S. GOOD and KENNETH R. FULLER to appear on behalf of Plaintiff at the initial pre-trial conference for May 12, 2003. As grounds therefor, Plaintiff would show unto the Court as follows:

1. The undersigned STEPHEN E. WALRAVEN is lead counsel in a case previously set for trial on May 12, 2003. The case styled *Jupe Feeds, Inc., d/b/a Wendlands Farm Products v. Millers Mutual Insurance Association*, pending under Cause No. 186,440-B, in the 146th Judicial District Court of Bell County, Texas, is set for trial in Bell County on that day. A true and correct copy of the Order setting the trial is attached hereto. This is the second trial setting in that case, and it is not anticipated that the case will be settled or continued.

2. Mr. Otto S. Good and Mr. Kenneth R. Fuller are very familiar with this case, and are fully authorized to act on behalf of the Plaintiff and to bind the client regarding any matters that may come before this Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Court grant leave for Otto S. Good and Kenneth R. Fuller to appear at the initial pre-trial conference of May 12, 2003, on

behalf of Plaintiff, and for such other and further relief as the Plaintiff may show itself to be justly entitled.

        Respectfully submitted,

        LAW OFFICES OF RENE RAMIREZ
        Celeste Guerra
        1906 Tesoro
        Pharr, Texas 78577
        Telephone: 956/783-7880
        FAX # 956/783-7884
        AND
        SHADDOX, COMPERE, WALRAVEN
          & GOOD, P.C.
        1250 N. E. Loop 410, Suite 725
        San Antonio, Texas 78209
        Telephone: 210/822-2018
        FAX: 210/822-4068

        By: _____
           Stephen E. Walraven
           State Bar No. 20796800
           Otto S. Good
           State Bar No. 08139600
        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument has been served on counsel listed below on this 28th day of March, 2003.

STEPHEN E. WALRAVEN
OTTO S. GOOD

**ATTORNEYS FOR DEFENDANT**
**COMPANION LIFE INSURANCE COMPANY**
Mr. Shelby J. Bush
PIPER RUDNICK
1717 Main Street, Suite 4600
Dallas, Texas 75201-4605

**ATTORNEYS FOR DEFENDANT**
**J. ALLAN HALL & ASSOCIATES, INC.**
Ms. Roberta J. Hegland
BRACEWELL & PATTERSON, L.L.P.
2000 One Shoreline Plaza, South Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3700

**ATTORNEYS FOR DEFENDANTS**
**MBA OF WYOMING, INC., AND MANAGED BENEFITS**
**ADMINISTRATOR AND INSURANCE CONSULTANTS, INC.**
Ms. Cindy A. Garcia
THE GARCIA LAW FIRM, P.C.
201 North 1st Street
Harlingen, Texas 78550

NO. 186,440-B

| | | |
|---|---|---|
| JUPE FEEDS, INC. D/B/A<br>WENDLANDS FARM PRODUCTS | §<br>§<br>§ | IN THE DISTRICT COURT OF |
| VS. | §<br>§ | BELL COUNTY, TEXAS |
| MILLERS MUTUAL INSURANCE<br>ASSOCIATION AND TEXAS UTILITIES<br>COMPANY | §<br>§<br>§ | 146TH JUDICIAL DISTRICT |

## AGREED SCHEDULING ORDER

The Court finds that there is good cause for the following Scheduling Order made pursuant to Rule 190.4 of the Texas Rules of Civil Procedure.

IT IS, THEREFORE, ORDERED, that the following schedule is established for disposition of this case:

1. Plaintiff's testifying experts must be designated in writing by no later than 90 days before trial.

2. Defendants' testifying experts must be designated in writing by no later than 75 days before trial.

3. All motions to exclude experts' testimony and evidentiary challenges to expert testimony must be filed by no later than 60 days before trial.

4. All discovery (except for discovery reasonably required because of amended pleadings) shall be completed by no later than 45 days before trial.

5. Motions for summary judgment may be heard at any time on or after 45 days before trial, so long as at least 21 days' notice is given in accordance with the Texas Rules of Civil Procedure.

6. Plaintiff shall amend all pleadings by no later than 60 days before trial.

7. Defendants shall amend all pleadings by no later than 45 days before trial.

8. The pre-trial hearing of this case is set for Friday, May 2, 2003, at 9:00 a.m., in the courtroom of the 146th Judicial District Court.

9. This case is set hereby set for jury trial on Monday, May 12, 2003, at 9:00 a.m., in the courtroom of the 146th Judicial District Court.

AGREED SCHEDULING ORDER                                                                                                         PAGE 1

151835/27935

SIGNED on ~~November~~ Dec 5, 2002.

_____
JUDGE PRESIDING

AGREED:

_____
STEVE WALRAVEN, Attorney for
Jupe Feeds, Inc. d/b/a Wendlands
Farm Products

_____
JACK R. CREWS, Attorney for
Millers Mutual Insurance Association

# BELL COUNTY
## District Court Coordinator

Post Office Box 324
Belton, Texas 76513-0324

(254) 933-5246
1-800-460-2355 ext. 5246

No: 186,440-B
Style: Jupe Feeds Inc
VS: Millers Mutual Ins Assoc

December 5, 2002
Notice of Setting

Take notice that the above entitled case has been set for **Jury Trial**

**Monday, May 12, 2003** at 9:00 A.M. in the Bell County District Courts Building,

4th Floor, Belton, Texas by the order of the Presiding Judge.

_____
Kay Ratliff
Civil Coordinator
146th District Court

Notices to:

JACK CREWS
BOX 1260 TEMPLE, TX 76503

CHARLES D. OLSON
510 N. VALLEY MILLS DR. STE600 WACO, TX 76710

STEPHEN A. KATZ
1250 N.E. LOOP 410, STE. 725 SAN ANTONIO, TEX 782

DEC 09 2002