IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

SAN BENITO CONSOLIDATED § 
INDEPENDENT SCHOOL DISTRICT §
§
vs. § CIVIL ACTION NO. B-03-047
§
COMPANION LIFE INSURANCE COMPANY, §
MANAGED BENEFITS ADMINISTRATOR §
AND INSURANCE CONSULTANTS, INC., §
J. ALLAN HALL & ASSOCIATES, INC., §
and MBA OF WYOMING, INC. §

**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO APPEAR ON BEHALF OF ATTORNEY-IN-CHARGE**

On this the below date, came on for consideration Plaintiff's Motion for Leave to Appear on Behalf of Attorney-in-Charge, and the Court, after considering said Motion, is of the opinion and finds that it is in all things meritorious and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that leave is granted for OTTO S. GOOD and KENNETH R. FULLER to appear as Attorneys-in-Charge for Plaintiff at the initial pre-trial hearing scheduled for May 12, 2003.

SIGNED this the 3rd day of April, 2003.

_____
UNITED STATES DISTRICT JUDGE