*10*

United States District Court
Southern District of Texas
FILED

APR 2 9 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-047 |
| COMPANION LIFE INSURANCE COMPANY, MANAGED BENEFITS ADMINISTRATOR AND INSURANCE CONSULTANTS, INC., J. ALLAN HALL & ASSOCIATES, INC., and MBA OF WYOMING, INC. | § § § § § § | |

## MOTION FOR LEAVE TO FILE PROPOSED JOINT DISCOVERY/CASE MANAGEMENT PLAN AND SCHEDULING ORDER

TO THE HONORABLE UNITED STATE DISTRICT COURT:

NOW COMES Plaintiff, SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, and files this its Motion for Leave to File Proposed Joint Discovery/Case Management Plan, and Scheduling Order, and would respectfully show unto the Court as follows:

1.     The parties held a conference of counsel and reached an agreement on virtually all issues, with one exception. However, the parties were unable to sign the joint motion in time to meet the Court's deadline to file it. Therefore, Plaintiff requests the Court's permission to file the attached unsigned Joint Discovery/Case Management Plan and proposed Scheduling Order, and to supplement with the signed Order as soon as Plaintiff's counsel has received those signatures from defense counsel.

Respectfully submitted,

LAW OFFICES OF RENE RAMIREZ
Celeste Guerra
1906 Tesoro
Pharr, Texas 78577
Telephone: 956/783-7880
FAX # 956/783-7884
AND
SHADDOX, COMPERE, WALRAVEN
   & GOOD, P.C.
1250 N. E. Loop 410, Suite 725
San Antonio, Texas 78209
Telephone: 210/822-2018
FAX: 210/822-4068
By: _____
      Stephen E. Walraven
      State Bar No. 20796800
      Otto S. Good
      State Bar No. 08139600
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on counsel listed below on this 28th day of April, 2003.

_____
STEPHEN E. WALRAVEN
OTTO S. GOOD

**ATTORNEYS FOR DEFENDANT**
**COMPANION LIFE INSURANCE COMPANY**
Mr. Shelby J. Bush
PIPER RUDNICK
1717 Main Street, Suite 4600
Dallas, Texas 75201-4605

**ATTORNEYS FOR DEFENDANT**
**J. ALLAN HALL & ASSOCIATES, INC.**
Ms. Roberta J. Hegland
BRACEWELL & PATTERSON, L.L.P.
2000 One Shoreline Plaza, South Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3700

**ATTORNEYS FOR DEFENDANTS**
**MBA OF WYOMING, INC., AND MANAGED BENEFITS**
**ADMINISTRATOR AND INSURANCE CONSULTANTS, INC.**
Ms. Cindy A. Garcia
THE GARCIA LAW FIRM, P.C.
201 North 1st Street
Harlingen, Texas 78550