IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 6 2003

Michael N. Milby
Clerk of Court

SAN BENITO CONSOLIDATED           §
INDEPENDENT SCHOOL DISTRICT       §
                                  §
VS.                               §   CIVIL ACTION No. B-03-047
                                  §
COMPANION LIFE INSURANCE COMPANY, §
MANAGED BENEFITS ADMINISTRATOR    §
AND INSURANCE CONSULTANTS, INC.,  §
J. ALLAN HALL & ASSOCIATES, INC., §
and MBA OF WYOMING, INC.          §

**PLAINTIFF'S INITIAL DISCLOSURES**

NOW COMES Plaintiff, SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, pursuant to Rule 26(a)(1), and makes the following initial disclosures:

A. **INDIVIDUALS WITH DISCOVERABLE INFORMATION**

Joe Gonzalez, Superintendent
Lorenzo Sanchez, Risk Manager
Janie Gonzalez, Benefits Coordinator
San Benito Consolidated Independent School District
240 N. Crockett
San Benito, Texas 78586
Telephone: 956/361-6186
These individuals are knowledgeable about the purchase of the stop-loss insurance, the representations made in connection with the stop-loss insurance, the claims submitted, and the denial of those claims.

Don W. Merrill
Phyllis Merrill
MBA of Wyoming, Inc.
1121 E. 3900 South Street, No. C101
Salt Lake City, Utah 84165
AND
Managed Benefit Administrators
3625 Southwest Temple, Suite 200
Salt Lake City, Utah 84115
Telephone: 800/877-3727
Mr. and Mrs. Merrill are knowledge about the stop-loss insurance purchased, representations made in connection with that purchase of stop-loss insurance, claims made and claims denied under the policy of stop-loss insurance.

B. **DOCUMENTS**

A copy of the responsive documents is being provided under separate cover.

C. **DAMAGES**

Plaintiff's damages total $900,533.00. These damages are the sum total of claims which

should have been paid but were not paid under San Benito's stop-loss insurance. The documents related to those claims are being produced. Plaintiff is also seeking interest and attorney's fees.

### D. APPLICABLE INSURANCE POLICIES

The only responsive insurance agreement, issued by Companion Life, is included in the document production referenced above.

>Respectfully submitted,
>
>LAW OFFICES OF RENE RAMIREZ
>Celeste Guerra
>1906 Tesoro
>Pharr, Texas 78577
>Telephone: 956/783-7880
>FAX # 956/783-7884
>AND
>SHADDOX, COMPERE, WALRAVEN
>  & GOOD, P.C.
>1250 N. E. Loop 410, Suite 725
>San Antonio, Texas 78209
>Telephone: 210/822-2018
>FAX: 210/822-4068
>
>By: _____
>    Stephen E. Walraven
>    State Bar No. 20796800
>    Otto S. Good
>    State Bar No. 08139600
>ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument has been served on counsel listed below on this 1st day of May, 2003.

                                                                 STEPHEN E. WALRAVEN
                                                                 OTTO S. GOOD

**ATTORNEYS FOR DEFENDANT**
**COMPANION LIFE INSURANCE COMPANY**
Mr. Shelby J. Bush
PIPER RUDNICK
1717 Main Street, Suite 4600
Dallas, Texas 75201-4605

**ATTORNEYS FOR DEFENDANT**
**J. ALLAN HALL & ASSOCIATES, INC.**
Ms. Roberta J. Hegland
BRACEWELL & PATTERSON, L.L.P.
2000 One Shoreline Plaza, South Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3700

**ATTORNEYS FOR DEFENDANTS**
**MBA OF WYOMING, INC., AND MANAGED BENEFITS**
**ADMINISTRATOR AND INSURANCE CONSULTANTS, INC.**
Ms. Cindy A. Garcia
THE GARCIA LAW FIRM, P.C.
201 North 1st Street
Harlingen, Texas 78550