Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas    ☐ Levesque |
| DATE | 05 — 12 — 03 |
| TIME | 2:00 p.m. — 2:15 p.m. |
| CIVIL ACTION | B — 03 — 47 |
| STYLE | San Benito CISD *versus* Companion Life Ins. Co., et al. |

United States District Court
Southern District of Texas
FILED
MAY 12 2003
Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■ Initial Pretrial Conference;    (Court Reporter: Breck Record)

Attorneys for Plaintiff:    Otto Good
                            Ken Fuller
Attorneys for Defendants:   Shelby Bush
                            Roberta Hegland
                            Cindy Garcia

1. The parties briefly explained the relationship between the Defendants.

2. Companion Life withdrew its motion to compel arbitration.

3. The Court **ORDERED** the parties to mediate the case before October 31, 2003, and to file a mediation status report on or before November 3, 2003.

4. The Court **GRANTED** [Dkt. No. 10] Motion for leave to file JDCMP.

5. Plaintiff orally moved for an extension of time in which to respond to Defendant J. Allan Hall & Assocs. Inc.'s motion for summary judgment. The Court **ORDERED** the parties to confer, reach an agreement on a response deadline and report to the Court.