*17*

| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |

SAN BENITO CONSOLIDATED  §
INDEPENDENT SCHOOL DISTRICT

vs.                                        §        CIVIL ACTION NO. **B-03-47**

COMPANION LIFE INSURANCE COMPANY, §
MANAGED BENEFITS ADMINISTRATOR
AND INSURANCE CONSULTANTS, INC.,
J. ALLAN HALL & ASSOCIATES, INC.,
and MBA of WYOMING, INC.

United States District Court
Southern District of Texas
ENTERED

MAY 1 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

### SCHEDULING ORDER

1. Trial: Estimated time to try: __10__ days.                                    ☐ Bench   ■ Jury

2. New parties must be joined by:                                                  July 28, 2003
    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:               August 29, 2003

4. The defendant's experts must be named with a report furnished by:               October 15, 2003

5. The parties to participate in mediation by:                                     October 31, 2003

6. The parties to submit a joint mediation status report by:                       November 3, 2003

7. Discovery must be completed by:                                                 December 15, 2003
    Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
    No continuance will be granted because of information acquired in post-deadline discovery.

***************************The Court will provide these dates***************************

8. Dispositive Motions will be filed by:                                           January 15, 2004

9. Joint pretrial order is due:                                                    March 11, 2004

10. Docket Call and final pretrial conference is set for 1:30 p.m. on:             April 1, 2004

11. Jury Selection is set for 9:00 a.m. on:                                        April 5, 2004
    *(The case will remain on standby until tried)*

Signed _May 13_____, 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge