IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § | |
| VS. | § § | CIVIL ACTION NO. 003-047 |
| COMPANION LIFE INSURANCE COMPANY, MANAGED BENEFITS ADMINISTRATOR AND INSURANCE CONSULTANTS, INC., J. ALLAN HALL & ASSOCIATES, INC., AND MBA OF WYOMING, INC. | § § § § § § | |

**DEFENDANT, J. ALLAN HALL & ASSOCIATES, INC.'S
INITIAL DISCLOSURES PURSUANT TO RULE 26**

TO:  Plaintiff, San Benito Consolidated Independent School District, by and through its attorney of record Stephen E. Walraven, SHADDOX, COMPERE, WALRAVEN & GOOD, P.C., 1250 N. E. Loop 410, Suite 725, San Antonio, Texas 78209.

Defendant, J. Allan Hall & Associates, Inc. makes these initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

A.  The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information.

> **Merrill Bostrom Associates**
> Don W. Merrill, Executive Vice President
> Phyllis Merrill, Director of Operations
> Carolyn Gale, Client Services
> 1121 East 3900 South #C101
> P.O. Box 651109
> Salt Lake City, Utah 84165-1009
> 801.268.3334
> 801.268.3335 (fax)
> (Knowledge of reinsurance contract, application and claims.)

Corpus Christi\631648.1

**J. Allan Hall & Associates**
B. Anthony Wirkus, Vice President
Randy Scott, Director of Claims
W. Larry Blagg, Vice President & CFO
J. Allan Hall, President
Patsy Schwab, Underwriter
Denise Fritsch, Underwriter
55 Monument Circle, Suite 1115
Indianapolis, Indiana 46204
317.264.0020
317.264.9038 (fax)
(Knowledge of application for reinsurance, contract and claims.)

**San Benito Consolidated Independent School District**
Lorenzo Sanchez, Asst. Superintendent for Finance & Human Resources
Janie Gonzalez, Insurance Coordinator
240 North Crockett
San Benito, Texas 78586
210.361.6186
210.361.6187 (fax)
(Knowledge of claims submitted.)

**Companion Life Insurance Company**
Hutchinson, Roy
51 Clemson Road, Suite C
Columbia, South Carolina 29223
(Knowledge of contract and application.)

**Managed Benefits Administrator & Insurance Consults, Inc. (MBA)**
Glade Nixon
Don W. Merrill
3625 So. West Temple [84115]
P.O. Box 61109
Salt Lake City, UT 84165-1109
800.877.3727
801.268.3334
801.266.2581 (fax)
(Knowledge of application, reinsurance contract, and claims submitted.)

**MBA of Wyoming, Inc.**
Don W. Merrill
111 South 9th Street
Worland, Wyoming 82401
307.347.6151
(Knowledge of application, reinsurance contract, and claims submitted.)

**The Consolidated Companies**
Douglas C. Routh, Assistant Vice President
2835 Townsgate Drive, Suite 200
Westlake Village, CA 91361
805.497.4777
805.497.0077 (fax)
(Broker/Agent - Knowledge of application, reinsurance contract, and claims submitted.)

**NIIS/APEX**
Lea M. Poirier, HIA, MHP
76 Lafayette Street
Salem, Massachusetts 01970
978.745.6655
978.744.9695 (fax)
(Knowledge of claims submitted and coverage.)

B.   A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings.

1. Companion Life Insurance Policy Providing Excess Loss Insurance

2. Application to Companion Life Insurance Company for Aggregate and Specific Excess Loss Insurance

3. General Manager's Agreement

4. Any and all claims submitted to J. Allan Hall, audits and determinations.

These documents are available for inspection and review at the offices of Bracewell & Patterson during business hour upon reasonable notice.

C.   A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

1. N/A.

D.  For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

1.  None applicable to this case.

Defendant, J. Allan Hall & Associates, Inc. expressly reserves the right to supplement these disclosures at a future date.

Dated: May 8, 2003

BRACEWELL & PATTERSON, L.L.P.

Respectfully submitted,

Roberta J. Hegland
State Bar No. 09375000
Federal I.D. No. 6842
Joseph A. Stallone
State Bar No. 00797485
2000 One Shoreline Plaza - South Tower
800 North Shoreline Blvd.
Corpus Christi, Texas 78401-3700
Telephone No.: (361) 882-6644
Telecopier No.: (361) 903-7000
**ATTORNEYS FOR DEFENDANT
J. ALLAN HALL & ASSOCIATES, INC.**

OF COUNSEL:

Albert George
55 Monument Circle, Suite 1115
Indianapolis, IN 46204
Telephone No.: (317) 264-0020
Facsimile No.: (317) 264-9038

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to the parties listed below on this the _8TH_ day of _May_, 2003:

Celeste Guerra
**LAW OFFICES OF RENE RAMIREZ**
1906 Tesoro
Pharr, Texas 78577

Stephen E. Walraven
Otto S. Good
**SHADDOX, COMPERE, WALRAVEN & GOOD, P.C.**
1250 N. E. Loop 410, Suite 725
San Antonio, Texas 78209

Cindy A. Garcia
Lesslie L. Eanes
**THE GARCIA LAW FIRM, P.C.**
201 North First Street
Harlingen, Texas 78550

Shelby J. Bush
**PIPER RUDNICK, L.L.P.**
1717 Main Street, Suite 4600
Dallas, Texas 75201

_/s/ Robert_
Roberta J. Hegland
Joseph A. Stallone

Corpus Christi\631648.1