IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 21 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT § § § | |
| vs. § | CIVIL ACTION NO. B-03-047 |
| § | |
| COMPANION LIFE INSURANCE COMPANY, § MANAGED BENEFITS ADMINISTRATOR § AND INSURANCE CONSULTANTS, INC., § J. ALLAN HALL & ASSOCIATES, INC., § and MBA OF WYOMING, INC. § | |

**PLAINTIFF SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Plaintiff SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, and files this, its Unopposed Motion for Extension of Time to Respond to Motion for Summary Judgment filed by Defendant J. ALLAN HALL & ASSOCIATES, INC., and for such, Plaintiff would respectfully show the Court as follows:

1.   Defendant J. ALLAN HALL & ASSOCIATES, INC. filed its Motion for Summary Judgment dated May 6, 2003 which was received by Attorneys for Plaintiff on May 7, 2003.

2.   Under the Local Rules of this Honorable Court, a response will be due to this Motion for Summary Judgment on or before May 26, 2003.

3.   Plaintiff believes that it is necessary to conduct discovery in order to be able to adequately respond to this Motion for Summary Judgment.

4.   The parties to this lawsuit have filed a Joint Discovery/Case Management Plan which sets forth that the parties anticipate propounding written discovery by June 12, 2003, completing fact witness depositions by August 15, 2003, and completing the depositions of expert witnesses by December 15, 2003.

5.   Plaintiff requests that the Court grant it until July 1, 2003, to respond to the Motion for Summary Judgment filed by Defendant J. ALLAN HALL & ASSOCIATES, INC.

6.   J. ALLAN HALL & ASSOCIATES, INC. is not opposed to this Motion.

19

Respectfully submitted,

LAW OFFICES OF RENE RAMIREZ
Celeste Guerra
1906 Tesoro
Pharr, Texas 78577
Telephone: 956/783-7880
FAX # 956/783-7884
AND
SHADDOX, COMPERE, WALRAVEN
  & GOOD, P.C.
1250 N. E. Loop 410, Suite 725
San Antonio, Texas 78209
Telephone: 210/822-2018
FAX: 210/822-4068

By: _____
Stephen E. Walraven
State Bar No. 20796800

**ATTORNEYS FOR PLAINTIFF**

*w/ permiss*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on counsel listed below on this _____ day of _____, 2003.

**ATTORNEYS FOR DEFENDANT**
**COMPANION LIFE INSURANCE COMPANY**
Mr. Shelby J. Bush
PIPER RUDNICK
1717 Main Street, Suite 4600
Dallas, Texas 75201-4605

**ATTORNEYS FOR DEFENDANT**
**J. ALLAN HALL & ASSOCIATES, INC.**
Ms. Roberta J. Hegland
BRACEWELL & PATTERSON, L.L.P.
2000 One Shoreline Plaza, South Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3700

**ATTORNEYS FOR DEFENDANTS**
**MBA OF WYOMING, INC., AND MANAGED BENEFITS**
**ADMINISTRATOR AND INSURANCE CONSULTANTS, INC.**
Ms. Cindy A. Garcia
THE GARCIA LAW FIRM, P.C.
201 North 1st Street
Harlingen, Texas 78550

_____
STEPHEN E. WALRAVEN