IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § § | |
| VS. | § | CIVIL ACTION NO. B-03-047 |
| COMPANION LIFE INSURANCE COMPANY, MANAGED BENEFITS ADMINISTRATOR AND INSURANCE CONSULTANTS, INC., J. ALLAN HALL & ASSOCIATES, INC., and MBA OF WYOMING, INC. | § § § § § § | |

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO J. ALLAN HALL & ASSOCIATES, INC.'S MOTION FOR SUMMARY JUDGMENT**

On this, the below date, came on for consideration, Plaintiff's Unopposed Motion for Extension of Time to Respond to the Motion for Summary Judgment filed by Defendant J. ALLAN HALL & ASSOCIATES, INC. and the Court after considering said Motion, is of the opinion and finds that it is in all things meritorious and should be granted.

It is therefore, ORDERED, ADJUDGED and DECREED that Plaintiff is granted an extension of time to respond to the Motion for Summary Judgment filed by Defendant J. ALLAN HALL & ASSOCIATES, INC. until July 1, 2003.

SIGNED this 27 day of May, 2003.

_____
UNITED STATES DISTRICT JUDGE