United States District Court
Southern District of Texas
RECEIVED

JUN 1 2 2003

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
FILED

JUN 1 2 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT § § § § § § § § § § § | |
| VS. | CIVIL ACTION No. B-03-047 |
| COMPANION LIFE INSURANCE COMPANY, MANAGED BENEFITS ADMINISTRATOR AND INSURANCE CONSULTANTS, INC., J. ALLAN HALL & ASSOCIATES, INC., and MBA OF WYOMING, INC. | |

**PLAINTIFF SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT'S MOTION TO EXTEND TIME TO RESPOND TO SUMMARY JUDGMENT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Plaintiff, SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, and files this, its Motion to Extend Time to the Motion of Defendant J. ALLAN HALL & ASSOCIATES, INC., and as grounds therefor, would respectfully show the Court as follows:

I.

Plaintiff believes that Defendant's Motion for Summary Judgment is premature, and that it should be able to conduct discovery prior to having to respond to the Motion. The undersigned Plaintiff's counsel has conferred with counsel for J. Allan Hall & Associates, Inc., and they were unable to reach any agreement on this matter.

II.

Defendant J. ALLAN HALL & ASSOCIATES, INC. filed its Motion for Summary Judgment dated May 6, 2003 which was received by Attorneys for Plaintiff on May 7, 2003. At this Court's preliminary hearing on the matter, on May 12, 2003, counsel for Plaintiff advised the Court that the motion was premature, and requested an opportunity to conduct discovery, particularly take depositions of Defendants. The Court instructed the parties to confer, and a deadline for response was agreed to of July 1, 2003.

III.

Plaintiff agreed to the July 1, 2003 deadline, assuming that it would be able to take

depositions of Defendants prior to that deadline. However, efforts to schedule the depositions of Defendants have proven unsuccessful. None of the Defendants have agreed to produce any of their witnesses for deposition in June, prior to the response deadline. J. Allan Hall & Associates, Inc., has indicated that its witness would not be available until the very end of July, or the first part of August, 2003. Plaintiff therefore requests that the deadline for responding to J. Allan Hall & Associates, Inc.'s Motion for Summary Judgment be extended up to and including August 15, 2003.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, respectfully request that this Court grant Plaintiff's Motion to Extend Time to Response to Defendant, J. Allan Hall & Associates, Inc.'s Motion for Summary Judgment, thereby extending Plaintiff's response date to said Motion up to and including August 15, 2003, and for such other and further relief to which Plaintiff may show itself be justly entitled.

Respectfully submitted,

LAW OFFICES OF RENE RAMIREZ
Celeste Guerra
1906 Tesoro
Pharr, Texas 78577
Telephone: 956/783-7880
FAX # 956/783-7884
AND
SHADDOX, COMPERE, WALRAVEN
  & GOOD, P.C.
1250 N. E. Loop 410, Suite 725
San Antonio, Texas 78209
Telephone: 210/822-2018
FAX: 210/822-4068

By: _____
Stephen E. Walraven
State Bar No. 20796800
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERRAL

On Friday, June 6, 2003, I conferred with Ms. Roberta Hegland, counsel for Defendant, J. Allan Hall & Associates, Inc. regarding this matter, and she advised she is unable to agree to the matters contained in this Motion. Therefore, the matter is being presented to the Court for determination.

_____
STEPHEN E. WALRAVEN

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on counsel listed below on this _____ day of June, 2003.

**ATTORNEYS FOR DEFENDANT**
**COMPANION LIFE INSURANCE COMPANY**
Mr. Shelby J. Bush
PIPER RUDNICK
1717 Main Street, Suite 4600
Dallas, Texas 75201-4605

**ATTORNEYS FOR DEFENDANT**
**J. ALLAN HALL & ASSOCIATES, INC.**
Ms. Roberta J. Hegland
BRACEWELL & PATTERSON, L.L.P.
2000 One Shoreline Plaza, South Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3700

**ATTORNEYS FOR DEFENDANTS**
**MBA OF WYOMING, INC., AND MANAGED BENEFITS**
**ADMINISTRATOR AND INSURANCE CONSULTANTS, INC.**
Ms. Cindy A. Garcia
THE GARCIA LAW FIRM, P.C.
201 North 1st Street
Harlingen, Texas 78550

_____
STEPHEN E. WALRAVEN