IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 8 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT § § § | |
| VS. § | CIVIL ACTION NO. B-03-47 |
| § COMPANION LIFE INSURANCE COMPANY, MANAGED BENEFITS ADMINISTRATOR AND INSURANCE CONSULTANTS, INC., J. ALLAN HALL & ASSOCIATES, INC., AND MBA OF WYOMING, INC. § § § § § § § | |

**DEFENDANT J. ALLAN HALL & ASSOCIATES, INC.'S RESPONSE TO PLAINTIFF SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT'S SECOND MOTION TO EXTEND TIME TO RESPOND TO SUMMARY JUDGMENT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW J. Allan Hall & Associates, Inc. ("J. Allan Hall"), one of the defendants in the above cause, and files this its response to Plaintiff's Second Motion to Extend Time to Respond to Summary Judgment, and in support would show:

I.

This is Plaintiff San Benito Consolidated Independent School District's ("San Benito") **second** motion to extend time to respond to the Motion for Summary Judgment filed by J. Allan Hall. San Benito states correctly that J. Allan Hall filed its Motion for Summary Judgment on May 6, 2003. Under the local rules for this Court and the Southern District, the responding party has twenty (20) days in which to respond to a motion for summary judgment after it has been filed. *See*, Civil Procedures Rule 5.C. Accordingly, San Benito's response to J. Allan Hall's Motion for Summary Judgment was originally due on May 27, 2003.

Attorneys for J. Allan Hall have previously graciously agreed to a five week extension in which San Benito could file its response. The response is currently due, pursuant to that agreement, on July 1, 2003.

San Benito now requests a **second** extension in which to respond, seeking an **additional six weeks** to prepare its defense (to August 15, 2003). In the end, San Benito is seeking **over three months** to file its response to Defendant J. Allan Hall's Motion for Summary Judgment. This is not what the Federal Rules contemplate, nor is it appropriate.

**II.**

While the basis for San Benito's second motion for extension of time remains that Plaintiff wishes to conduct discovery in this case prior to the filing of its response, such rationale is unfounded. As this Court is well aware, J. Allan Hall's Motion for Summary Judgment is predicated upon law points: that is, as a matter of law, San Benito's causes of action alleged against J. Allan Hall are precluded. Specifically, J. Allan Hall asserts the following:

- San Benito cannot pursue its Insurance Code Art. 21.21 allegations against J. Allan Hall, the agent of reinsurer Companion Life Insurance Company ("Companion"), because the Insurance Code mandates that only contract claims can be pursued, and only against the reinsurer.

- There is no private right of action available to San Benito for the allegations lodged against J. Allan Hall.

- J. Allan Hall cannot be held responsible for Companion's alleged refusal to comply with the terms of the reinsurance contract: Texas law dictates that agents are not independently liable under the contracts they execute for their principals.

- The General Manager's Agreement between J. Allan Hall and Companion provides that J. Allan Hall had no authority to adjust and settle the claims at issue here.

- San Benito has made express admissions against its interest, stating specifically that the claims for which it sought reimbursement under the reinsurance policy did not accrue until after the policy had expired.

Because all of these summary judgment grounds are established as a matter of law, no discovery is warranted in this case. Accordingly, San Benito's basis for its second extension of time to respond to J. Allan Hall's summary judgment is wholly without merit.

### III.

Should this Honorable Court be inclined to grant San Benito a second extension of time to file its response, which J. Allan Hall opposes, for convenience of counsel, J. Allan Hall will agree to an additional two week extension to July 15, 2003.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant J. Allan Hall prays this Court to deny Plaintiff's Second Motion for Extension of Time to file its Response to J. Allan Hall's Motion for Summary Judgment. In the alternative, should this Court be inclined to grant such extension, J. Allan Hall prays the Court to grant an extension of two weeks, to July 15, 2003. Defendant J. Allan Hall further prays for all other and further relief to which it is entitled.

Dated: June 17, 2003                          Respectfully submitted,

                                              /s/ Roberta J. Hegland
BRACEWELL & PATTERSON, L.L.P.                 Roberta J. Hegland
                                              State Bar No. 09375000
                                              Federal I.D. No. 6842
                                              Joseph A. Stallone
                                              State Bar No. 00797485
                                              2000 One Shoreline Plaza - South Tower
                                              800 North Shoreline Blvd.
                                              Corpus Christi, Texas 78401-3700
                                              Telephone No.: (361) 882-6644
                                              Telecopier No.: (361) 903-7000
                                              **ATTORNEYS FOR DEFENDANT
                                              J. ALLAN HALL & ASSOCIATES, INC.**

OF COUNSEL:

Albert George
55 Monument Circle, Suite 1115
Indianapolis, IN 46204
Telephone No.: (317) 264-0020
Facsimile No.: (317) 264-9038

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **DEFENDANT J. ALLAN HALL & ASSOCIATES, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT** has been forwarded to the parties listed below on this the 17th day of June, 2003:

Celeste Guerra
**LAW OFFICES OF RENE RAMIREZ**
1906 Tesoro
Pharr, Texas 78577

Stephen E. Walraven
Otto S. Good
**SHADDOX, COMPERE, WALRAVEN & GOOD, P.C.**
1250 N. E. Loop 410, Suite 725
San Antonio, Texas 78209

Cindy A. Garcia
Lesslie L. Eanes
**THE GARCIA LAW FIRM, P.C.**
201 North First Street
Harlingen, Texas 78550

Shelby J. Bush
**PIPER RUDNICK, L.L.P.**
1717 Main Street, Suite 4600
Dallas, Texas 75201

Roberta J. Hegland
Joseph A. Stallone