United States District Court
Southern District of Texas
ENTERED

JUN 1 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

SAN BENITO CONSOLIDATED §
INDEPENDENT SCHOOL DISTRICT §
§
VS. § CIVIL ACTION NO. B-03-047
§
COMPANION LIFE INSURANCE COMPANY, §
MANAGED BENEFITS ADMINISTRATOR §
AND INSURANCE CONSULTANTS, INC., §
J. ALLAN HALL & ASSOCIATES, INC., §
and MBA OF WYOMING, INC. §

**ORDER ON PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND
TO J. ALLAN HALL & ASSOCIATES, INC.'S MOTION FOR SUMMARY JUDGMENT**

On this, the below date, came on for consideration, Plaintiff's Motion to Extend Time to Respond to the Motion for Summary Judgment filed by Defendant J. ALLAN HALL & ASSOCIATES, INC. and the Court after considering said Motion, is of the opinion and finds that it is in all things meritorious and should be granted.

It is therefore, ORDERED, ADJUDGED and DECREED that Plaintiff is granted an extension of time to respond to the Motion for Summary Judgment filed by Defendant J. ALLAN HALL & ASSOCIATES, INC. up to and include August 15, 2003.

SIGNED this _____ day of _____, 2003.

_____
UNITED STATES DISTRICT JUDGE