United States District Court
Southern District of Texas
FILED

AUG 1 3 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § § | |
| vs. | § § | CIVIL ACTION NO. B-03-047 |
| COMPANION LIFE INSURANCE COMPANY, MANAGED BENEFITS ADMINISTRATOR AND INSURANCE CONSULTANTS, INC., J. ALLAN HALL & ASSOCIATES, INC., and MBA OF WYOMING, INC. | § § § § § | |

---

### PLAINTIFF'S MOTION FOR LEAVE TO FILE ITS FIRST AMENDED COMPLAINT

---

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES Plaintiff, **SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT**, pursuant to Rule 15(a) of the FED.R.CIV.P., and files this its Motion for Leave to Amend its Complaint, and as grounds therefor, would show unto the Court as follows:

I.

Plaintiff originally filed this case in State Court, utilizing a typical State Court format. Since this suit was begun, a number of documents have been produced and depositions taken. Plaintiff seeks leave of the Court to file its attached First Amended Complaint, in a traditional Federal Court format, and to conform to the facts as it presently understands them.

II.

Pursuant to Rule 15(a) of the FED.R.CIV.P., amendments should be freely granted. This amendment will not delay this case, and will not add any new parties, events or transactions not raised by the initial pleading.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that leave be granted to file its First Amended Complaint, which is attached hereto as Exhibit "A".

Respectfully submitted,

LAW OFFICES OF RENE RAMIREZ
Celeste Guerra
1906 Tesoro
Pharr, Texas 78577
Telephone: 956/783-7880
FAX # 956/783-7884
AND
SHADDOX, COMPERE, WALRAVEN
   & GOOD, P.C.
1250 N. E. Loop 410, Suite 725
San Antonio, Texas 78209
Telephone: 210/822-2018
FAX: 210/822-4068

By: _____
     Stephen E. Walraven
     State Bar No. 20796800
     Otto S. Good
     State Bar No. 08139600
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF CONFERRAL

Counsel for Plaintiff has conferred with opposing counsel. Counsel for Defendants, Managed Benefits Administrator and Consultants, Inc., MBA of Wyoming, Inc., and J. Allan Hall & Associates, Inc., have indicated that those three Defendants do not oppose this Motion. Counsel for Companion Life Insurance Company has indicated that he is unable to state whether he opposes this Motion.

_____
STEPHEN E. WALRAVEN

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on counsel listed below on this _12_ day of August, 2003.

STEPHEN E. WALRAVEN
OTTO S. GOOD

**ATTORNEYS FOR DEFENDANT**
**COMPANION LIFE INSURANCE COMPANY**
Mr. Shelby J. Bush
PIPER RUDNICK
1717 Main Street, Suite 4600
Dallas, Texas 75201-4605

**ATTORNEYS FOR DEFENDANT**
**J. ALLAN HALL & ASSOCIATES, INC.**
Ms. Roberta J. Hegland
BRACEWELL & PATTERSON, L.L.P.
2000 One Shoreline Plaza, South Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3700

**ATTORNEYS FOR DEFENDANTS**
**MBA OF WYOMING, INC., AND MANAGED BENEFITS**
**ADMINISTRATOR AND INSURANCE CONSULTANTS, INC.**
Ms. Cindy A. Garcia
THE GARCIA LAW FIRM, P.C.
201 North 1st Street
Harlingen, Texas 78550