

United States District Court
Southern District of Texas,
FILED

SEP 1 6 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

SAN BENITO CONSOLIDATED §
INDEPENDENT SCHOOL DISTRICT §
§
VS. § CIVIL ACTION NO. B-03-047
§
COMPANION LIFE INSURANCE COMPANY, §
MANAGED BENEFITS ADMINISTRATOR §
AND INSURANCE CONSULTANTS, INC., §
J. ALLAN HALL & ASSOCIATES, INC., §
and MBA OF WYOMING, INC. §

---

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
SUR-REPLY**

---

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES Plaintiff, **SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL
DISTRICT**, and asks for Leave to file the attached Sur-Reply to Defendant, J. Allan Hall's, Reply
to Response to Motion for Summary Judgment and Incorporated Brief in Support, and as grounds
therefor, would show unto the Court as follows:

I.

J. Allan Hall's latest Reply and Brief not only addresses issues previously raised, but raises
a new matter, and a new ground for summary judgment. Rather than just being a reply brief, it
actually is an amended motion for summary judgment, raising a new issue to which Plaintiff has had
no opportunity to respond. Plaintiff seeks leave to file the attached Sur-Reply, not to address any
issue previously raised and addressed in Plaintiff's Response. Plaintiff only seeks leave to address
the new issue.

II.

Beginning in Paragraph No. 20 on page 8 of Hall's Reply, Hall raises as an additional ground
for summary judgment: The absence of justifiable reliance on Hall's misrepresentations. Without

specifically saying so, Hall in effect asks for summary judgment on the grounds that there is no fact

issue concerning the absence of justifiable reliance. (See Hall's Response, Paragraphs 20 through

24.) Since this issue is new, Plaintiff seeks leave to address this new summary judgment ground.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, **SAN BENITO CONSOLIDATED**

**INDEPENDENT SCHOOL DISTRICT**, prays that this Court grand leave to file the attached Sur-

Reply in Response to J. Allan Hall's Motion for Summary Judgment; and for such other and further

relief as it may show itself to be justly entitled.

Respectfully submitted,

LAW OFFICES OF RENE RAMIREZ
Celeste Guerra
1906 Tesoro
Pharr, Texas 78577
Telephone: 956/783-7880
FAX # 956/783-7884
AND
SHADDOX, COMPERE, WALRAVEN
   & GOOD, P.C.
1250 N. E. Loop 410, Suite 725
San Antonio, Texas 78209
Telephone: 210/822-2018
FAX: 210/822-4068

By: _____
      Stephen E. Walraven
      State Bar No. 20796800
      Otto S. Good
      State Bar No. 08139600
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on counsel listed below on this _15<u>th</u>_ day of September, 2003.

STEPHEN E. WALRAVEN
OTTO S. GOOD

**ATTORNEYS FOR DEFENDANT**
**COMPANION LIFE INSURANCE COMPANY**
Mr. Shelby J. Bush
PIPER RUDNICK
1717 Main Street, Suite 4600
Dallas, Texas 75201-4605

**ATTORNEYS FOR DEFENDANT**
**J. ALLAN HALL & ASSOCIATES, INC.**
Ms. Roberta J. Hegland
BRACEWELL & PATTERSON, L.L.P.
2000 One Shoreline Plaza, South Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3700

**ATTORNEYS FOR DEFENDANTS**
**MBA OF WYOMING, INC., AND MANAGED BENEFITS**
**ADMINISTRATOR AND INSURANCE CONSULTANTS, INC.**
Ms. Cindy A. Garcia
THE GARCIA LAW FIRM, P.C.
201 North 1st Street
Harlingen, Texas 78550