United States District Court
Southern District of Texas
ENTERED

OCT 2 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § § | |
| vs. | § § | CIVIL ACTION NO. B-03-047 |
| COMPANION LIFE INSURANCE COMPANY, MANAGED BENEFITS ADMINISTRATOR AND INSURANCE CONSULTANTS, INC., J. ALLAN HALL & ASSOCIATES, INC., and MBA OF WYOMING, INC. | § § § § § § | JURY |

## AMENDED SCHEDULING ORDER

1. Trial: Estimated time to try: 10 days.                                                                 Jury

2. New parties must be joined by:                                                                 July 28, 2003

3. The plaintiff's experts will be named with a report furnished by:        September 30, 2003

4. The defendants' experts must be named with a report furnished by:   November 15, 2003

5. The parties to participate in mediation by:                                               November 15, 2003

6. The parties to submit a joint mediation status report by:                    November 24, 2003

7. Discovery must be completed by:                                                              December 15, 2003
   Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.

*************************The Court will provide these dates*********************

8. Dispositive Motions will be filed by:                                                         January 15, 2004

9. Joint pretrial order is due:                                                                           March 11, 2004

10. Docket call and final pretrial conference is set for 1:30 p.m. on:           April 1, 2004

11. Jury Selection is set for 9:00 a.m. on:                                                         April 5, 2004
    (The case will remain on standby until tried)

SIGNED _____, 2003, at Brownsville, Texas.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE