IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § | |
| vs. | § § | CIVIL ACTION NO. B-03-047 |
| COMPANION LIFE INSURANCE COMPANY, MANAGED BENEFITS ADMINISTRATOR AND INSURANCE CONSULTANTS, INC., J. ALLAN HALL & ASSOCIATES, INC., and MBA OF WYOMING, INC. | § § § § § § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE ITS FIRST AMENDED COMPLAINT**

On this the below date, came on for consideration Plaintiff's Motion for Leave to File Its First Amended Complaint, and the Court, after considering said Motion, is of the opinion and finds that said Motion is in all things meritorious and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that as of the date of this Order said Amended Complaint shall be considered as filed.

SIGNED this the ___ day of November_____, 2003.

_____
UNITED STATES DISTRICT JUDGE