IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § § | |
| Plaintiff, | § § | |
| v. | § | NO. B-003-047 |
| | § | |
| COMPANION LIFE INSURANCE COMPANY, MANAGED BENEFITS ADMINISTRATOR AND INSURANCE CONSULTANTS, INC., MICHAEL M. SWETNAM, JR., J. ALLAN HALL & ASSOCIATES, INC., AND MBA OF WYOMING, INC. | § § § § § § § § | |
| Defendants. | § | |

**DEFENDANT'S UNOPPOSED MOTION
FOR LEAVE TO AMEND SCHEDULING ORDER**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES Defendant Companion Life Insurance Company, and files this its Motion for Leave to Amend the Court's Scheduling Order, and as grounds therefor, would show unto the Court as follows:

I.

Defendant has conferred with all counsel of record, and been advised that no one opposes this Motion.

II.

The proposed Second Amendment Scheduling Order keeps the crucial deadlines, set by the Court for filing of dispositive motions, filing of the pre-trial order, and trial. The only effect of this Order is to adjust the interim deadlines dealing with the discovery deadline and the

disclosure of experts. The proposed Second Amended Scheduling Order will not work to delay the resolution of this case. The purpose of this Motion is not for delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Scheduling Order be amended, in the form of the attached proposed Second Amended Scheduling Order, and for such other and further relief as it may show itself to be justly entitled.

Respectfully submitted,

PIPER RUDNICK LLP

By: _____
Shelby J. Bush
State Bar No. 03497045

1717 Main Street, Suite 4600
Dallas, Texas 75201
(214) 743-4500 (telephone)
(214) 743-4545 (facsimile)

COUNSEL FOR DEFENDANT
COMPANION LIFE INSURANCE COMPANY

## CERTIFICATE OF CONFERENCE

Counsel for Defendant has conferred with Ms. Roberta Hegland, counsel for J. Allan Hall & Associates, Inc., Cindy Garcia, counsel for Managed Benefits Administrator and Consultants, Inc., and MBA of Wyoming, Inc., and Steve Walraven, counsel for Plaintiff, and each of them advised that they were either in agreement with, and/or had no opposition to, the Motion to Amend the Scheduling Order.

_____
Shelby J. Bush

## CERTIFICATE OF SERVICE

I hereby certify that this pleading was served in compliance with the Federal Rules of Civil Procedure on this 5th day of December 2003 to counsel of record:

Celeste Guerra
Law Offices of Rene Ramirez
1906 Tesoro
Pharr, Texas 78577

Stephen R. Walraven
Shaddox, Compere, Walraven & Good, P.C.
1250 N.E. Loop 410, Suite 725
San Antonio, TX 78209

Roberta Hegland
Bracewell & Patterson, L.L.P.
2000 One Shoreline Plaza, South Tower
800 North Shoreline Boulevard
Corpus Christi, TX 78403-3700

Cindy A. Garcia
The Garcia Law Firm, P.C.
201 North 1st Street
Harlingen, Texas 78550

_____
Shelby J. Bush