IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § § | |
| Plaintiff, | § § | |
| v. | § | NO. B-003-047 |
| COMPANION LIFE INSURANCE COMPANY, MANAGED BENEFITS ADMINISTRATOR AND INSURANCE CONSULTANTS, INC., MICHAEL M. SWETNAM, JR., J. ALLAN HALL & ASSOCIATES, INC., AND MBA OF WYOMING, INC. | § § § § § § § § § | |
| Defendants. | § | |

## SECOND AMENDED SCHEDULING ORDER

1. Trial: Estimated time to try 10 days. — Jury

2. New parties must be joined by: — July 28, 2003

3. The plaintiff's experts will be named with a report furnished by: — September 30, 2003

4. The defendant's experts must be named with a report furnished by: — December 18, 2003

5. The parties to participate in mediation by: — December 11, 2003

6. The parties to submit a joint mediation status report by: — December 18, 2003

7. Discovery must be completed by:    January 9, 2004

   Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court, Non continuance will be granted because of information acquired in post-deadline discovery.

**********************The Court will provide these dates**********************

8. Dispositive Motions will be filed by: — January 15, 2004

9. Joint pretrial order is due: — March 11, 2004

10. Docket call and final pretrial conference is set for 1:30 p.m. on: — April 1, 2004

11.  Jury Selection is set for 9:00 a.m. on:                                        April 5, 2004
     (The case will remain on standby until tried)

SIGNED _December 12_, 2003, at Brownsville, Texas.

                                        _____
                                        HILDA G. TAGLE
                                        UNITED STATES DISTRICT JUDGE