IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § § | |
| VS. | § § | CIVIL ACTION No. B-03-047 |
| COMPANION LIFE INSURANCE COMPANY, MANAGED BENEFITS ADMINISTRATOR AND INSURANCE CONSULTANTS, INC., J. ALLAN HALL & ASSOCIATES, INC., and MBA OF WYOMING, INC. | § § § § § § | JURY |

### JOINT REPORT ON MEDIATION

The mediated settlement conference in this case took place on December 11, 2003. Steven W. Fieldcamp, of Corpus Christi, Texas, served as mediator, by agreement of the parties. In attendance for Plaintiff were counsel, Stephen E. Walraven and Norton A. Colvin, Jr., San Benito Consolidated Independent School District's Superintendent, Joe D. Gonzales, Joe G. Gonzales, Vice President of the School Board, and School Board member, Roel Villareal. Defendant, Companion Life, was represented by counsel, Shelby Bush, and its Vice President, Roy Hutchinson. Defendant, J. Allan Hall & Associates, Inc., was represented by counsel, Roberta Hegland and Albert George. Defendants, MBA of Wyoming, Inc., and Managed Benefits Administrator and Insurance Consultants, Inc., were represented by counsel, Cindy A. Garcia. At the mediation, the parties were unsuccessful in settling the case.

LAW OFFICES OF RENE RAMIREZ
Celeste Guerra
1906 Tesoro
Pharr, Texas 78577
Telephone: 956/783-7880
FAX # 956/783-7884
AND
SHADDOX, COMPERE, WALRAVEN
  & GOOD, P.C.
Stephen E. Walraven
State Bar No. 20796800
1250 N. E. Loop 410, Suite 725
San Antonio, Texas 78209
Telephone: 210/822-2018
FAX: 210/822-4068
**ATTORNEYS FOR PLAINTIFF**

_____
Stephen E. Walraven
Date: Dec. 18, 2003

Mr. Shelby J. Bush
State Bar No. 03497045
PIPER RUDNICK, L.L.P.
1717 Main Street, Suite 4600
Dallas, Texas 75201-4605
Telephone: 214/743-4500
FAX: 214/743-4545
**ATTORNEYS FOR DEFENDANT**
**COMPANION LIFE INSURANCE COMPANY**

Date: *Dec. 18, 2003*  *Shelby J. Bush by SEW w/ permission*

Ms. Roberta J. Hegland
State Bar No. 09375000
BRACEWELL & PATTERSON, L.L.P.
2000 One Shoreline Plaza, South Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3700
Telephone: 361/882-6644
FAX: 361/903-7000
**ATTORNEYS FOR DEFENDANT**
**J. ALLAN HALL & ASSOCIATES, INC.**

Date: *Dec. 18, 2003*  *Roberta J. Hegland by SEW w/ permis*

Ms. Cindy A. Garcia
State Bar No. 07631710
Ms. Lesslie Eanes
State Bar No. 24036513
THE GARCIA LAW FIRM, P.C.
201 North 1st Street
Harlingen, Texas 78550
Telephone: 956/412-7055
FAX: 956/412-7105
**ATTORNEYS FOR DEFENDANTS**
**MBA OF WYOMING, INC., AND MANAGED BENEFITS**
**ADMINISTRATOR AND INSURANCE CONSULTANTS, INC.**

Date: 12/18/03