UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SAN BENITO CISD | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-003-047 |
| | § | |
| COMPANION LIFE INSURANCE, ET AL | § | |

**NOTICE OF FILING RULE 11 AGREEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

You are hereby notified that Defendant, MBA of Wyoming and Managed Benefits Administrator and Insurance Consultants, Inc., hereby files, in the above-styled and numbered cause, the Rule 11 Agreement. Said Rule 11 Agreement is attached hereto as Exhibit "A".

Respectfully submitted,

**THE GARCIA LAW FIRM, P.C.**
201 North First Street
Harlingen, Texas 78550
Telephone: (956) 412-7055
Facsimile: (956) 412-7105

By: _____
Cindy A. Garcia
State Bar No. 07631710
Federal Bar No. 6476
**Attorneys for Defendants Managed Benefits Administrator and Insurance Consultants, Inc. and MBA of Wyoming, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, Defendants MBA of Wyoming, Inc. and Managed Benefits Administrator and Insurance Consultants, Inc.'s Initial Disclosures, has been served on all counsel of record, to wit:

Stephen E. Walraven
Shaddox, Compere, Walraven & Good, P.C.
1250 N.E. Loop 410, Suite 725
San Antonio, Texas 78209
**ATTORNEYS FOR PLAINTIFF SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT**

Celeste Guerra
Law Offices of Rene Ramirez
1906 Tesoro
Pharr, Texas 78577
**ATTORNEYS FOR PLAINTIFF SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT**

Shelby J. Bush
Piper Rudnick
1717 Main Street, Suite 4600
Dallas, Texas 75201-4605
**ATTORNEYS FOR DEFENDANT COMPANION LIFE INSURANCE COMPANY**

Roberta Hegland
Bracewell & Patterson, L.L.P.
2000 Once Shoreline Plaza, South Tower
800 N. Shoreline Blvd.0
Corpus Christ, Texas 78403-3700
**ATTORNEYS FOR DEFENDANT J. ALLAN HALL & ASSOCIATES, INC.**

by depositing same in the care and custody of the United States Postal Service, by regular mail, unless otherwise specifically specified herein, on January 21, 2004.

_____
CINDY A. GARCIA

**MASON, COPLEN, SHUCHART, HUTCHINS & BANKS**
A Professional Corporation
7500 SAN FELIPE, SUITE 700
HOUSTON, TEXAS 77063

FRED L. SHUCHART

TELEPHONE (713) 785-5595
FACSIMILE (713) 785-8651

January 6, 2004

<u>Via Facsimile (210) 822-4068</u>
Stephen E. Walravan
Shaddox, Compere, Walraven & Good, P.C.
1250 N.E. Loop 410, Suite 725
San Antonio, Texas 78209

<u>Via Facsimile (214) 743-4545</u>
Shelby J. Bush
Piper Rudnick
1717 Main Street, Suite 4600
Dallas, Texas 75201-4605

<u>Via Facsimile (361) 903-7000</u>
Roberta J. Hegland
Bracewell & Patterson, L.L.P.
2000 One Shoreline Plaza, South Tower
800 North Shoreline Blvd.
Corpus Christi, Texas 78401-3700

Re: Cause No. 2002-11-4661-B; *San Benito Consolidated Independent School District v. Companion Life;* In the 138th Judicial District Court of Cameron County, Texas

Dear Steven, Shelby & Roberta:

This letter is to confirm our telephone conversations regarding an extension of the discovery cutoff period, an extension deadline for dispositive motions and the depositions of Mr. Doug Roth and Carol Frandsen. As we discussed, we all agreed to extend the discovery cutoff period until February 6, 2004. Steve has already agreed to and I request that Shelby and Roberta agree to extend the dispositive motions deadline to February 15, 2004.

With respect to the deposition of Ms. Frandsen, she is available after 5:00 p.m. on Monday, February 2, 2004, and based upon the Southwest Airlines schedule, I would suggest taking that deposition at approximately 5:30 p.m. We could then stay the night in Salt Lake City and leave for San Francisco or Oakland the next morning and have Mr. Roth's deposition starting around noon.

Stephen B. Walraven
Shelby J. Bush
Roberta J. Hegland
January 6, 2004
Page 2

If everybody agrees to the schedule, please sign below where indicated so that this letter will conform with the Local Rules of the Southern District Court.

If there are any problems, please contact me immediately.

Very truly yours,

Fred L. Shuchart

FLS/gb

AGREED TO:

Stephen E. Walraven, Attorney for Plaintiff,
San Benito Consolidated Independent School District

Shelby J. Bush, Attorney for Defendant,
Companion Life Insurance Company

Roberta J. Hegland, Attorney for Defendant,
J. Allan Hall & Associates, Inc.

Stephen E. Walravan
Shelby J. Bush
Roberta J. Hegland
January 6, 2004
Page 2

If everybody agrees to the schedule, please sign below where indicated so that this letter will conform with the Local Rules of the Southern District Court.

If there are any problems, please contact me immediately.

Very truly yours,

Fred L. Shuchart

FLS/gb

**AGREED TO:**

_____
Stephen E. Walravan, Attorney for Plaintiff,
San Benito Consolidated Independent School
District

_____
Shelby J. Bush, Attorney for Defendant,
Companion Life Insurance Company

_____
Roberta J. Hegland, Attorney for Defendant,
J. Allan Hall & Associates, Inc.

Stephen E. Walraven
Shelby J. Bush
Roberta J. Hegland
January 6, 2004
Page 2

If everybody agrees to the schedule, please sign below where indicated so that this letter will conform with the Local Rules of the Southern District Court.

If there are any problems, please contact me immediately.

Very truly yours,

Fred L. Shuchart

FLS/gb

AGREED TO:

_____
Stephen E. Walraven, Attorney for Plaintiff,
San Benito Consolidated Independent School
District

_____
Shelby J. Bush, Attorney for Defendant,
Companion Life Insurance Company

_____
Roberta J. Hegland, Attorney for Defendant,
J. Allan Hall & Associates, Inc.