IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| **SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT** § § § | |
| **Plaintiff,** § | |
| v.  § | CIVIL ACTION B-03-047 |
| § § | |
| **COMPANION LIFE INS. CO., MANAGED BENEFITS ADMINISTRATOR AND INS. CONSULTANTS, INC., J. ALLAN HALL & ASSOCS., INC., AND MBA OF WYOMING, INC.** § § § § § § | |
| **Defendants.** § | |

## ORDER

BE IT REMEMBERED that on March 5, 2004, having learned the parties entered into a Rule 11 agreement [Dkt. No. 40] to extend the discovery and dispositive motion deadlines to February 6, 2004, and February 15, 2004, respectively, the Court **ORDERS** the remaining deadlines rescheduled as follows:

1. Joint pretrial order is due:                                   April 12, 2004
2. Docket call and final pretrial are set for 1:30 p.m. on:       May 4, 2004
3. Jury selection is set for 9:00 a.m. on:                        May 6, 2004

DONE at Brownsville, Texas, this 5th day of March 2004.

Hilda G. Tagle
United States District Judge