IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 7 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-047 |
| COMPANION LIFE INSURANCE COMPANY, MANAGED BENEFITS ADMINISTRATOR AND INSURANCE CONSULTANTS, INC., J. ALLAN HALL & ASSOCIATES, INC., and MBA OF WYOMING, INC. | § § § § § § | |

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES, Plaintiff SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, and its Attorney-in-Charge, the undersigned STEPHEN E. WALRAVEN, and requests admission pro hac vice for his partner OTTO S. GOOD to assist in the trial of this case commencing at the Pre-Trial Docket Call on May 4, 2004. For further information, Plaintiff would show the Court as follows:

1. Relevant information for the attorney seeking admission pro hac vice is as follows:

   Otto S. Good
   SHADDOX, COMPERE, WALRAVEN & GOOD, P.C.
   1250 N.E. Loop 410, Suite 725
   San Antonio, Texas 78209
   210/822-2018
   210/822-4068 (Facsimile)
   Texas State Bar No. 08139600

2. OTTO S. GOOD has not been the subject of discipline by a court or bar.

3. OTTO S. GOOD has not been convicted in the last ten years of a misdemeanor involving moral turpitude or any felony.

4. WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that OTTO S. GOOD be admitted pro hac vice to assist its Attorney-in-Charge at the Pre-Trial Docket Call on May 4, 2004, and in the trial of this lawsuit beginning with jury selection on May 6, 2004.

Respectfully submitted,

LAW OFFICES OF RENE RAMIREZ
Celeste Guerra
1906 Tesoro
Pharr, Texas 78577
Telephone: 956/783-7880
FAX # 956/783-7884
AND
SHADDOX, COMPERE, WALRAVEN
   & GOOD, P.C.
1250 N. E. Loop 410, Suite 725
San Antonio, Texas 78209
Telephone: 210/822-2018
FAX: 210/822-4068

By:_____
    Stephen E. Walraven
    State Bar No. 20796800
    Otto S. Good
    State Bar No. 08139600
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on counsel listed below on this 5th day of April, 2004:

**ATTORNEYS FOR DEFENDANT**
**COMPANION LIFE INSURANCE COMPANY**
Mr. Shelby J. Bush
PIPER RUDNICK
1717 Main Street, Suite 4600
Dallas, Texas 75201-4605

**ATTORNEYS FOR DEFENDANT**
**J. ALLAN HALL & ASSOCIATES, INC.**
Ms. Roberta J. Hegland
BRACEWELL & PATTERSON, L.L.P.
2000 One Shoreline Plaza, South Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3700

**ATTORNEYS FOR DEFENDANTS**
**MBA OF WYOMING, INC., AND MANAGED**
**BENEFITS**
**ADMINISTRATOR AND INSURANCE**
**CONSULTANTS, INC.**
Ms. Cindy A. Garcia
THE GARCIA LAW FIRM, P.C.
201 North 1st Street
Harlingen, Texas 78550

_____
STEPHEN E. WALRAVEN
OTTO S. GOOD