*50*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. B-003-047 |
| COMPANION LIFE INSURANCE COMPANY, MANAGED BENEFITS ADMINISTRATOR AND INSURANCE CONSULTANTS, INC., MICHAEL M. SWETNAM, JR., J. ALLAN HALL & ASSOCIATES, INC., AND MBA OF WYOMING, INC. | § § § § § § § § | |
| Defendants. | § | |

### DEFENDANT COMPANION LIFE'S PARTIAL PRETRIAL SUBMISSION

Defendant Companion Life Insurance Company ("Companion Life") submits the following and attached lists in an attempt to comply with this Court's April 12, 2004 deadline for submission of a Joint Pretrial Order and respectfully shows the Court as follows:

1.      Defendants received Plaintiff's proposed draft Joint Pretrial Order the afternoon of April 6, 2004. Due to conflicting schedules and the Easter Holiday weekend, which apparently involved the closure of some law offices for Good Friday, the parties were unable to confer and reach a consensus on any of the items within the proposed draft. The undersigned has placed two calls to Plaintiff's counsel without a return call in an effort to discuss objections to many statements within the "Statement of the Case", "Admissions of Fact", "Contested Issues of

Fact", "Agreed Proposition of Law", "Contested Issues of Law" and "Settlements" sections within the proposed draft.[1]

2.      Further, in its draft proposed Joint Pretrial Order, Plaintiff states that it has filed a Motion in Limine.  Companion Life has not been served with any such motion.

3.      In an attempt to comply with the Court's mandate, and out of an abundance of caution, Companion Life submits its Exhibit List, attached hereto as Exhibit A, and its Witness List, attached hereto as Exhibit B.

4.      Due to the uncertainty of the questions to be put to the jury because of the outstanding dispositive motions, Companion Life requests to submit its final proposed Jury Charge at a later date.  In an attempt to comply with the Court's mandate, however, Companion Life submits the questions, definitions and instructions attached hereto as Exhibit C but requests the right to supplement or amend this submission depending the outcome of the various dispositive motions.

5.      Companion Life adopts those voir dire questions submitted by Defendant MBA as if set forth fully herein.

**For these reasons,** Companion Life submits this pleading in an attempt to comply with the Court's Order regarding all parties' filing a pretrial order by April 12, 2004 and requests that it be allowed to supplement this filing to the extent necessary.  Companion Life requests such other relief, legal and equitable, that this Court deems just and proper.

---

[1]    In particular and with regard to the "Settlements" section, Companion Life disagrees that "[a]ll settlement efforts have been exhausted . . . " as stated in the proposed draft.  As set forth in the pending Motion for Sanctions, MBA failed to attend the mediation with a representative with authority to settle the case and should be compelled to do so in a resumed mediation at the parties' earliest convenience.

Respectfully submitted,

PIPER RUDNICK LLP

By: _____
    Shelby J. Bush
    State Bar No. 03497045

1717 Main Street, Suite 4600
Dallas, Texas 75201
(214) 743-4500 (telephone)
(214) 743-4545 (facsimile)

COUNSEL FOR DEFENDANT
COMPANION LIFE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

    I hereby certify that this pleading was served in compliance with the Federal Rules of Civil Procedure on this 9th day of April 2004 to counsel of record:

Celeste Guerra
Law Offices of Rene Ramirez
1906 Tesoro
Pharr, Texas 78577

Stephen R. Walraven
Shaddox, Compere, Walraven & Good, P.C.
1250 N.E. Loop 410, Suite 725
San Antonio, TX 78209

Roberta Hegland
Bracewell & Patterson, L.L.P.
2000 One Shoreline Plaza, South Tower
800 North Shoreline Boulevard
Corpus Christi, TX 78403-3700

Cindy A. Garcia
The Garcia Law Firm, P.C.
201 North 1st Street
Harlingen, Texas 78550

_____
    Shelby J. Bush

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **SAN BENITO CONSOLIDATED** | § | |
| **INDEPENDENT SCHOOL DISTRICT** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **NO. B-003-047** |
| | § | |
| **COMPANION LIFE INSURANCE** | § | |
| **COMPANY, MANAGED BENEFITS** | § | |
| **ADMINISTRATOR AND** | § | |
| **INSURANCE CONSULTANTS, INC.,** | § | |
| **MICHAEL M. SWETNAM, JR.,** | § | |
| **J. ALLAN HALL & ASSOCIATES,** | § | |
| **INC., AND MBA OF WYOMING, INC.** | § | |
| | § | |
| **Defendants.** | § | |

## DEFENDANT COMPANION LIFE INSURANCE COMPANY'S
## EXHIBIT LIST

1.    Deposition Exhibit No. 3

2.    Deposition Exhibit No. 4

3.    Deposition Exhibit No. 5

4.    Deposition Exhibit No. 6

5.    Deposition Exhibit No. 7

6.    Deposition Exhibit No. 8

7.    Deposition Exhibit No. 9

8.    Deposition Exhibit No. 10

9.    Deposition Exhibit No. 11

10.    Deposition Exhibit No. 13



11.     Deposition Exhibit No. 14

12.     Deposition Exhibit No. 15

13.     Deposition Exhibit No. 17

14.     Deposition Exhibit No. 18

15.     Deposition Exhibit No. 19

16.     Deposition Exhibit No. 20

17.     Deposition Exhibit No. 21

18.     Deposition Exhibit No. 22

19.     Deposition Exhibit No. 23

20.     Deposition Exhibit No. 24

21.     Deposition Exhibit No. 25

22.     Deposition Exhibit No. 26

23.     Deposition Exhibit No. 27

24.     Deposition Exhibit No. 28

25.     Deposition Exhibit No. 31

26.     Deposition Exhibit No. 33

27.     Deposition Exhibit No. 34

28.     Deposition Exhibit No. 35

29.     Deposition Exhibit No. 37

30.     Deposition Exhibit No. 39

31.     Deposition Exhibit No. 40

32.     Deposition Exhibit No. 41

33.     Deposition Exhibit No. 42

34.     Deposition Exhibit No. 43

35.     Deposition Exhibit No. 44

36.     Deposition Exhibit No. 45

37.     Deposition Exhibit No. 46

38.     Deposition Exhibit No. 47

39.     Deposition Exhibit No. 56

40.     Deposition Exhibit No. 57

41.     Deposition Exhibit No. 58

42.     Deposition Exhibit No. 59

43.     Deposition Exhibit No. 60

44.     Deposition Exhibit No. 61

45.     Deposition Exhibit No. 62

46.     Deposition Exhibit No. 63

47.     Deposition Exhibit No. 64

48.     Deposition Exhibit No. 65

49.     Deposition Exhibit No. 66

50.     Deposition Exhibit No. 67

51.     Deposition Exhibit No. 68

52.     Deposition Exhibit No. 69

53.     Any exhibit listed or otherwise identified by any other party.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **SAN BENITO CONSOLIDATED**<br>**INDEPENDENT SCHOOL DISTRICT**<br><br>**Plaintiff,**<br><br>v.<br><br>**COMPANION LIFE INSURANCE**<br>**COMPANY, MANAGED BENEFITS**<br>**ADMINISTRATOR AND**<br>**INSURANCE CONSULTANTS, INC.,**<br>**MICHAEL M. SWETNAM, JR.,**<br>**J. ALLAN HALL & ASSOCIATES,**<br>**INC., AND MBA OF WYOMING, INC.**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **NO. B-003-047** |

## DEFENDANT COMPANION LIFE INSURANCE COMPANY
## WITNESS LIST

1.    Lorenzo Sanchez
      c/o Steve Walraven, Counsel for Plaintiff

2.    Janie Gonzalez
      c/o Steve Walraven, Counsel for Plaintiff

3.    Joe D. Gonzalez
      c/o Steve Walraven, Counsel for Plaintiff

4.    Jose Koepke
      c/o Steve Walraven, Counsel for Plaintiff

5.    Emma McCall
      c/o Steve Walraven, Counsel for Plaintiff

6.    Don Merrill
      c/o Cindy Garcia, Counsel for MBA

7.    Phyllis Merrill
      c/o Cindy Garcia, Counsel for MBA



8.      Glade Nixon
         c/o Cindy Garcia, Counsel for MBA

9.      Carol Frandsen
         address unknown

10.     Larry Blagg
         c/o Roberta Hegland, Counsel for J. Allan Hall & Associates

11.     J. Allan Hall
         c/o Roberta Hegland, Counsel for J. Allan Hall & Associates

12.     Roy Hutchison
         c/o Shelby Bush, Counsel for Companion Life Insurance Company

13.     James T. Harty
         c/o Shelby Bush, Counsel for Companion Life Insurance Company and
         Robert Hegland, Counsel for J. Allan Hall & Associates

14.     Tony Schrader, Plaintiff's Expert
         c/o Steve Walraven, Counsel for Plaintiff

15.     Peter O. Monrad, Plaintiff's Expert
         c/o Steve Walraven, Counsel for Plaintiff

16.     Mr. Bob Tumberlinson
         2400 Zillock Road
         San Benito, Texas  78586
         Telephone:  956.399.8283
         Secretary of School Board and Chairman of Finance Committee

17.     Mr. Oscar de la Fuente, Jr.
         1035 N. Bowie
         San Benito, Texas  78586
         Office:  956.425.8683
         Home:  956.399.4776
         Fax:  956.425.1844
         President of School Board

18.   Mr. Roel Villarreal
      151 Dorel
      San Benito, Texas  78586
      Office:  956.789.4869
      Home:  956.361.2513
      Board Member and Chairman of Policy Review Committee

19.   Mr. Joe G. Gonzalez
      1270 N. Fannin Street
      San Benito, Texas  78586
      Home:  956.361.8946
      Vice President of School Board and Chairman of Building Committee

20.   Mr. Hector G. Leal
      806 N. Sam Houston
      San Benito, Texas  78586
      Office:  956.399.7497
      Home:  956.399.9568
      Fax:  956.399.7498
      Board Member and Chairman of Curriculum Committee

21.   Mr. Oscar Medrano
      480 ½ South Travis
      San Benito, Texas  78586
      Mobile:  956.346.3242
      Board Member

22.   Mr. Manuel Gonzales, Jr.
      31060 FM 250
      San Benito, Texas  78586
      Office:  956.399.7164
      Home:  956.399.7164
      Board Member

23.   Mr. Joe D. Gonzalez
      San Benito Consolidated ISD
      Telephone:  956.361.6110
      Superintendent

24.   Doug Routh
      Address Unknown

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. B-003-047 |
| COMPANION LIFE INSURANCE COMPANY, MANAGED BENEFITS ADMINISTRATOR AND INSURANCE CONSULTANTS, INC., MICHAEL M. SWETNAM, JR., J. ALLAN HALL & ASSOCIATES, INC., AND MBA OF WYOMING, INC. | § § § § § § § § | |
| Defendants. | § | |

## DEFENDANT COMPANION LIFE'S PROPOSED JURY CHARGE



## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **SAN BENITO CONSOLIDATED** | § | |
| **INDEPENDENT SCHOOL DISTRICT** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **NO. B-003-047** |
| | § | |
| **COMPANION LIFE INSURANCE** | § | |
| **COMPANY, MANAGED BENEFITS** | § | |
| **ADMINISTRATOR AND** | § | |
| **INSURANCE CONSULTANTS, INC.,** | § | |
| **MICHAEL M. SWETNAM, JR.,** | § | |
| **J. ALLAN HALL & ASSOCIATES,** | § | |
| **INC., AND MBA OF WYOMING, INC.** | § | |
| | § | |
| **Defendants.** | § | |

## COMPANION LIFE INSURANCE COMPANY'S
## REQUESTED DEFINITION TO THE JURY

Defendant Companion Life Insurance Company ("Companion Life"), before the Court

has presented the charge to the jury and in the time and manner required by law, requests that the

Court include in the charge to be submitted to the jury the following definition, placing it in the

Court's charge with the following questions submitted regarding the question submitted on

Companion Life's affirmative defense of conditions precedent – Requested Question No. __.

A condition precedent may be either a condition to the formation of a contract or to an
obligation to perform an existing agreement. Conditions may, therefore, relate either to the
formation of contracts or to liability under them.[1] Conditions precedent to an obligation to
perform are acts or events that are to occur after the contract is made and that must occur before
there is a right to immediate performance and before there can be a breach of a contractual duty.[2]

---

[1] PJC 101.6; *see also Hohenberg Bros. Co. v. George E. Gibbons & Co.*, 537 S.W.2d 1, 3 (Tex. 1976).

[2] See *id.*

Respectfully submitted,

PIPER RUDNICK LLP

_____
Shelby J. Bush
State Bar No. 03497045

1717 Main Street
Suite 4600
Dallas, Texas 75201
(214) 743-4500 (telephone)
(214) 743-4545 (telecopy)

ATTORNEYS FOR COMPANION LIFE
INSURANCE COMPANY

The requested definition, having been duly and timely requested, is hereby _____.

SIGNED this _____ day of May, 2004.

_____
JUDGE PRESIDING

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | NO. B-003-047 |
| COMPANION LIFE INSURANCE COMPANY, MANAGED BENEFITS ADMINISTRATOR AND INSURANCE CONSULTANTS, INC., MICHAEL M. SWETNAM, JR., J. ALLAN HALL & ASSOCIATES, INC., AND MBA OF WYOMING, INC. | § § § § § § § § | |
| **Defendants.** | § | |

## COMPANION LIFE INSURANCE COMPANY'S
## REQUESTED INSTRUCTION TO THE JURY

Defendant Companion Life Insurance Company ("Companion Life"), before the Court has presented the charge to the jury and in the time and manner required by law, requests that the Court include in the charge to be submitted to the jury the following instruction, placing it in the Court's charge with the following questions submitted regarding the question submitted on Companion Life's affirmative defense of conditions precedent – Requested Question No. __.

Failure to comply by Companion Life Insurance Company is excused by San Benito Consolidated Independent School District's previous failure to comply with a material obligation of the same agreement.[3]

---

[3] PJC 101.22. A party in default on a contract cannot maintain a suit for its breach. *Dobbins v. Redden*, 785 S.W.2d 377 (Tex.1990).

Respectfully submitted,

PIPER RUDNICK LLP

_____

Shelby J. Bush
State Bar No. 03497045

1717 Main Street
Suite 4600
Dallas, Texas 75201
(214) 743-4500 (telephone)
(214) 743-4545 (telecopy)

ATTORNEYS FOR COMPANION LIFE
INSURANCE COMPANY.

The requested instruction, having been duly and timely requested, is hereby

_____.

SIGNED this _____ day of May, 2004.

_____
JUDGE PRESIDING

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **SAN BENITO CONSOLIDATED** | § | |
| **INDEPENDENT SCHOOL DISTRICT** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **NO. B-003-047** |
| | § | |
| **COMPANION LIFE INSURANCE** | § | |
| **COMPANY, MANAGED BENEFITS** | § | |
| **ADMINISTRATOR AND** | § | |
| **INSURANCE CONSULTANTS, INC.,** | § | |
| **MICHAEL M. SWETNAM, JR.,** | § | |
| **J. ALLAN HALL & ASSOCIATES,** | § | |
| **INC., AND MBA OF WYOMING, INC.** | § | |
| | § | |
| **Defendants.** | § | |

### COMPANION LIFE INSURANCE COMPANY'S
### REQUESTED QUESTION TO THE JURY

Defendant Companion Life Insurance Company ("Companion Life"), before the Court has presented the charge to the jury and in the time and manner required by law, requests that the Court include in the charge to be submitted to the jury the following question, placing it in the Court's charge as the _____ question:

If your answer to Question __ is "Yes," then answer the following question. Otherwise, do not answer the following question.

### QUESTION NO
#### *(Failure of Consideration & Failure of Conditions Precedent)*

Was Companion Life Insurance Company's failure to comply with the Stop-Loss Contract excused due to San Benito Consolidated Independent School District's failure to first pay its claims before seeking reimbursement?

Answer "Yes" or "No."

Answer: _____

Respectfully submitted,

PIPER RUDNICK LLP

_____

Shelby J. Bush
State Bar No. 03497045

1717 Main Street
Suite 4600
Dallas, Texas 75201
(214) 743-4500 (telephone)
(214) 743-4545 (telecopy)

ATTORNEYS FOR COMPANION LIFE
INSURANCE COMPANY.

The requested question, having been duly and timely requested, is hereby _____.

SIGNED this _____ day of May, 2004.

_____
JUDGE PRESIDING

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **SAN BENITO CONSOLIDATED** | § | |
| **INDEPENDENT SCHOOL DISTRICT** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **NO. B-003-047** |
| | § | |
| **COMPANION LIFE INSURANCE** | § | |
| **COMPANY, MANAGED BENEFITS** | § | |
| **ADMINISTRATOR AND** | § | |
| **INSURANCE CONSULTANTS, INC.,** | § | |
| **MICHAEL M. SWETNAM, JR.,** | § | |
| **J. ALLAN HALL & ASSOCIATES,** | § | |
| **INC., AND MBA OF WYOMING, INC.** | § | |
| | § | |
| **Defendants.** | § | |

## COMPANION LIFE INSURANCE COMPANY'S
## REQUESTED QUESTION TO THE JURY

Defendant Companion Life Insurance Company ("Companion Life"), before the Court has presented the charge to the jury and in the time and manner required by law, requests that the Court include in the charge to be submitted to the jury the following question, placing it in the Court's charge as the _____ question:

If your answer to Question __ is "Yes," then answer the following question. Otherwise, do not answer the following question.

## QUESTION
### *(Damages – Breach of Contract)*

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate San Benito Consolidated Independent School District for its damages, if any, that resulted from such failure to comply with the Stop-Loss Contract.[4]

---

[4] PJC 110.02

Consider the following elements of damages, if any, and none other.

1.    The difference, if any, between the value of the contract agreed to by the parties and the value of the contract performed by another party. The difference in value, if any, shall be determined at the time and place the contract was performed.[5]

Do not include in your answer any amount that you find San Benito Consolidated Independent School District. could have avoided by the exercise of reasonable care.[6]

Do not add any amount for interest on damages, if any.

Answer in dollars and cents.                    Answer: _____

---

[5] PJC 110.03  Loss of benefit of bargain.

[6] PJC 110.7

Respectfully submitted,

PIPER RUDNICK LLP

_____

Shelby J. Bush
State Bar No. 03497045

1717 Main Street
Suite 4600
Dallas, Texas 75201
(214) 743-4500 (telephone)
(214) 743-4545 (telecopy)

ATTORNEYS FOR COMPANION LIFE
INSURANCE COMPANY.

The requested question, having been duly and timely requested, is hereby _____.

SIGNED this _____ day of May, 2004.

_____
JUDGE PRESIDING

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **SAN BENITO CONSOLIDATED** | § | |
| **INDEPENDENT SCHOOL DISTRICT** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **NO. B-003-047** |
| | § | |
| **COMPANION LIFE INSURANCE** | § | |
| **COMPANY, MANAGED BENEFITS** | § | |
| **ADMINISTRATOR AND** | § | |
| **INSURANCE CONSULTANTS, INC.,** | § | |
| **MICHAEL M. SWETNAM, JR.,** | § | |
| **J. ALLAN HALL & ASSOCIATES,** | § | |
| **INC., AND MBA OF WYOMING, INC.** | § | |
| | § | |
| **Defendants.** | § | |

## COMPANION LIFE INSURANCE COMPANY'S
## REQUESTED INSTRUCTION TO THE JURY

Defendant Companion Life Insurance Company ("Companion Life"), before the Court

has presented the charge to the jury and in the time and manner required by law, requests that the

Court include in the charge to be submitted to the jury the following instructions, placing it in the

Court's charge with the question submitted regarding Companion Life's claim that Plaintiff first

breached the contract:

> The elements of a breach of contract are (1) the existence of a valid contract; (2) that the
> plaintiff performed or tendered performance; (3) that the defendant breached the contract;
> and (4) that the plaintiff was damaged as a result of the breach.
>
> *Hussong v. Schwan's Sales Enterprises, Inc.*, 896 S.W.2d 320, 326 (Tex. App. – Houston
> [5th Dist.] 1995, no writ).

Respectfully submitted,

PIPER RUDNICK LLP

_____

Shelby J. Bush
State Bar No. 03497045


1717 Main Street
Suite 4600
Dallas, Texas 75201
(214) 743-4500 (telephone)
(214) 743-4545 (telecopy)

ATTORNEYS FOR COMPANION LIFE
INSURANCE COMPANY.


The requested definition, having been duly and timely requested, is hereby _____.

SIGNED this _____ day of May, 2004.


_____
JUDGE PRESIDING

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAN BENITO CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | NO. B-003-047 |
| | § | |
| COMPANION LIFE INSURANCE | § | |
| COMPANY, MANAGED BENEFITS | § | |
| ADMINISTRATOR AND | § | |
| INSURANCE CONSULTANTS, INC., | § | |
| MICHAEL M. SWETNAM, JR., | § | |
| J. ALLAN HALL & ASSOCIATES, | § | |
| INC., AND MBA OF WYOMING, INC. | § | |
| | § | |
| **Defendants.** | § | |

## COMPANION LIFE INSURANCE COMPANY'S
## REQUESTED QUESTION TO THE JURY

Defendant Companion Life Insurance Company ("Companion Life"), before the Court

has presented the charge to the jury and in the time and manner required by law, requests that the

Court include in the charge to be submitted to the jury the following question, placing it in the

Court's charge as the _____ question:

### QUESTION NO
#### *(Breach Of Contract – Companion Life's Claim)*

Did San Benito Consolidated Independent School District fail to comply with the Stop-
Loss Contract between San Benito Consolidated Independent School District and
Companion Life Insurance Company by failing to first pay its claims before seeking
reimbursement under the Stop-Loss Contract.[7]

---

[7] PJC 101.2.

Answer "Yes" or "No":                              _____

Respectfully submitted,

PIPER RUDNICK LLP

_____

Shelby J. Bush
State Bar No. 03497045

1717 Main Street
Suite 4600
Dallas, Texas 75201
(214) 743-4500 (telephone)
(214) 743-4545 (telecopy)

ATTORNEYS FOR COMPANION LIFE
INSURANCE COMPANY

The requested question, having been duly and timely requested, is hereby _____.

SIGNED this _____ day of May, 2004.

_____
JUDGE PRESIDING

Respectfully submitted,

PIPER RUDNICK LLP

By: _____
    Shelby J. Bush
    State Bar No. 03497045

1717 Main Street, Suite 4600
Dallas, Texas 75201
(214) 743-4500 (telephone)
(214) 743-4545 (facsimile)

COUNSEL FOR DEFENDANT
COMPANION LIFE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that this pleading was served in compliance with the Federal Rules of Civil Procedure on this 9th day of April 2004 to counsel of record:

Celeste Guerra
Law Offices of Rene Ramirez
1906 Tesoro
Pharr, Texas  78577

Stephen R. Walraven
Shaddox, Compere, Walraven & Good, P.C.
1250 N.E. Loop 410, Suite 725
San Antonio, TX  78209

Roberta Hegland
Bracewell & Patterson, L.L.P.
2000 One Shoreline Plaza, South Tower
800 North Shoreline Boulevard
Corpus Christi, TX  78403-3700

Cindy A. Garcia
The Garcia Law Firm, P.C.
201 North 1st Street
Harlingen, Texas  78550

_____
Shelby J. Bush