IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 3 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| SAN BENITO CONSOLIDATED § | |
| INDEPENDENT SCHOOL DISTRICT § | |
| § | |
| VS. § | CIVIL ACTION NO. 003-047 |
| § | |
| COMPANION LIFE INSURANCE § | |
| COMPANY, MANAGED BENEFITS § | |
| ADMINISTRATOR AND § | |
| INSURANCE CONSULTANTS, INC., § | |
| J. ALLAN HALL & ASSOCIATES, § | |
| INC., AND MBA OF WYOMING, INC. § | |

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Defendant, J. Allan Hall & Associates, and its Attorney-in-Charge, the undersigned Roberta J. Hegland, and requests admission pro hac vice for Albert George to appear before the Court for the purpose of assisting in the above-captioned matter, and would respectfully show unto this Court the following:

1. Relevant information for the attorney seeking admission pro hac vice is as follows:

   Albert George
   55 Monument Circle, Suite 1115
   Indianapolis, IN 46204
   Telephone No.: (317) 264-0020
   Facsimile No.: (317) 264-9038

2. Albert George is a practicing attorney and a member of the State Bar of Indiana.

3. Albert George has not appeared or sought leave to appear or participate in any cases or causes in Texas courts within the past two years.

4. Albert George is an active member in good standing in the State Bar of Indiana, and has been admitted to practice before the state and federal courts of Pennsylvania.

5. Albert George has never been the subject of disciplinary action by the Bar or courts of any jurisdiction in which he is licensed.

6. Albert George has never been denied admission to the courts of any State or to any federal court.

7. Albert George is familiar with the State Bar Act, the State Bar Rules, and the Texas Disciplinary Rules of Professional Conduct governing conduct of members of the State Bar of Texas, and he will abide by and comply by those rules as long as this cause of action is pending and he has not withdrawn as counsel therein.

8. Roberta J. Hegland of the law firm of Bracewell & Patterson, L.L.P. is licensed to practice law in this Court and the State of Texas and is a member in good standing of this Court and of the Bar of the State of Texas, and has agreed to act as the responsible lead counsel in this matter.

WHEREFORE, PREMISES CONSIDERED, Defendant J. Allan Hall & Associates respectfully requests this Court to grant its Motion for Admission Pro Hac Vice and allow Albert George to appear before the Court until the conclusion of this cause of action.

Dated: April 12, 2004

Respectfully submitted,

*[signature: Roberta J. Hegland by JAS]*

Roberta J. Hegland
State Bar No. 09375000
Federal I.D. No. 6842
Joseph A. Stallone
State Bar No. 00797485
Federal I.D. No. 22343
2000 One Shoreline Plaza - South Tower
800 North Shoreline Blvd.
Corpus Christi, Texas 78401-3700
Telephone No.: (361) 882-6644
Telecopier No.: (361) 903-7000
**ATTORNEYS FOR DEFENDANT
J. ALLAN HALL & ASSOCIATES, INC.**

BRACEWELL & PATTERSON, L.L.P.

OF COUNSEL:

Albert George
55 Monument Circle, Suite 1115
Indianapolis, IN 46204
Telephone No.: (317) 264-0020
Facsimile No.: (317) 264-9038

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to the parties listed below on this the 12th day of April, 2004:

Celeste Guerra
**LAW OFFICES OF RENE RAMIREZ**
1906 Tesoro
Pharr, Texas 78577

Stephen E. Walraven
Otto S. Good
**SHADDOX, COMPERE, WALRAVEN & GOOD, P.C.**
1250 N. E. Loop 410, Suite 725
San Antonio, Texas 78209

Cindy A. Garcia
Lesslie L. Eanes
**THE GARCIA LAW FIRM, P.C.**
201 North First Street
Harlingen, Texas 78550

Shelby J. Bush
**PIPER RUDNICK, L.L.P.**
1717 Main Street, Suite 4600
Dallas, Texas 75201

                                        Roberta J. Hegland
                                        Joseph A. Stallone