Case 1:03-cv-00047 Document 54 Filed in TXSD on 04/12/2004 Page 1 of 1

United States District Court
Southern District of Texas
ENTERED

APR 1 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

54

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-047 |
| COMPANION LIFE INSURANCE COMPANY, MANAGED BENEFITS ADMINISTRATOR AND INSURANCE CONSULTANTS, INC., J. ALLAN HALL & ASSOCIATES, INC., and MBA OF WYOMING, INC. | § § § § § § | |

### ORDER FOR ADMISSION PRO HAC VICE

On this, the below date, came on for consideration, Plaintiff's Motion for Admission Pro Hac Vice, and the Court after considering said Motion, is of the opinion and finds that it is in all things meritorious and should be granted.

IT IS THEREFORE ORDERED that OTTO S. GOOD is admitted pro hac vice in the captioned case to assist at the Pre-Trial Docket Call and the trial of this lawsuit.

SIGNED this _12th_ day of _April_, 2004.

_____
UNITED STATES DISTRICT JUDGE