IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 1 5 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| **SAN BENITO CONSOLIDATED** § | |
| **INDEPENDENT SCHOOL DISTRICT** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | CIVIL ACTION B-03-047 |
| § | |
| § | |
| **COMPANION LIFE INS. CO.,** § | |
| **MANAGED BENEFITS ADMINISTRATOR** § | |
| **AND INS. CONSULTANTS, INC.,** § | |
| **J. ALLAN HALL & ASSOCS., INC.,** § | |
| **AND MBA OF WYOMING, INC.** § | |
| § | |
| § | |
| **Defendants.** § | |

## ORDER

BE IT REMEMBERED that on April 15, 2004, the Court **ORDERED** the parties to mediate this case between today and the final pretrial conference on May 6, 2004.[1] The parties are further **ORDERED** to comply with all Local and Chambers Rules regarding mediation, especially Local Rule 16.4M.

On May 6, 2004, regardless of whether this case is resolved, Defendants Managed Benefits Administrator and Insurance Consultants, Inc., and MBA of Wyoming, Inc., are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failing to comply with the orders of this Court and the Local Rules of the Southern District of Texas with respect to the December 11, 2003, mediation.

DONE at Brownsville, Texas, this 15th day of April 2004.

Hilda G. Tagle
United States District Judge

---

[1] The case manager is sending scheduling orders to all parties rescheduling the final pretrial conference and jury selection for May 6 and May 10, 2004, respectively.