58

| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

SAN BENITO CONSOLIDATED §
INDEPENDENT SCHOOL DISTRICT §
§
*versus* § CIVIL ACTION B-03-047
§
COMPANION LIFE INS. CO., ET AL §

United States District Court
Southern District of Texas
ENTERED

APR 1 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order Re-Setting Docket Call and Jury Selection

1. The docket call and final pretrial conference
   has been reset for 1:30 p.m. on:                    **May 6, 2004**

2. Jury selection is reset for 9:00 a.m. on:           **May 10, 2004**
   *The case will remain on standby until tried.*

3. Each party shall appear by an attorney with full knowledge of the facts and
   authority to bind the client.

Signed  April 15      , 2004 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge