IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
APR 1 9 2004
Michael N. Milby
Clerk of Court

| | |
|---|---|
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT § § § | |
| VS. § | CIVIL ACTION NO. 003-047 |
| § COMPANION LIFE INSURANCE COMPANY, MANAGED BENEFITS ADMINISTRATOR AND INSURANCE CONSULTANTS, INC., J. ALLAN HALL & ASSOCIATES, INC., AND MBA OF WYOMING, INC. § § § § § § § | |

**DEFENDANTS J ALLAN HALL & ASSOCIATES, INC. AND COMPANION LIFE INSURANCE COMPANY'S NOTIFICATION AS TO REQUIREMENT OF AUTHENTICATION OF PLAINTIFF'S TRIAL EXHIBITS**

TO THE HONORABLE JUDGE OF SAID COURT:

Now come Defendants J. Allan Hall & Associates, Inc.'s (JAH) and Companion Life Insurance Company (Companion Life) and, in accordance with Rule 10 of Judge Tagle's Local Rules of Civil Procedures, hereby notify Plaintiff that Defendants JAH and Companion Life require authentication of Plaintiff's Trial Exhibits Nos. 40, 41, 42, 43, and 44, and would respectfully show this Honorable Court the following:

1. On April 14, 2004, Defendants JAH and Companion Life first received a copy of Plaintiff SBCISD's List of Trial Exhibits.

2. Despite the fact that some of the identified documents were responsive to discovery requests, Plaintiff SBCISD's Trial Exhibits Nos. 40, 41, 42, 43, and 44 listed therein were not previously identified or otherwise made available to these Defendants.

3. Judge Tagle's local Rules of Civil Procedures provide that "Any counsel requiring authentication of an exhibit must notify offering counsel in writing within five (5)

business days after the exhibit is made available to opposing counsel for examination. Failure to do so is an admission of authenticity." Rule 10B.

4. Without admitting that Plaintiff SBCISD's Trial Exhibits Nos. 40, 41, 42, 43, and 44 have been made available, Defendants JAH and Companion Life (out of an abundance of caution) herein provide written notice to counsel for Plaintiff SBCISD that authentication of said exhibits is hereby contested and thus, required.

5. Defendants JAH and Companion Life expressly reserve all other objections to all of Plaintiff SBCISD's exhibits, including, but not limited to, the exhibits which are the subject of this notification. Such objections will be filed in accordance with Judge Tagle's Local Rules of Civil Procedures at least three (3) business days before trial.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that the Court require authentication of Plaintiff SBCISD's Trial Exhibits Nos. 40, 41, 42, 43, and 44 prior to admission in the trial of the above-captioned cause.

Dated: April 16, 2004                    Respectfully submitted,

                                         /s/ Roberta J. Hegland by JAS

BRACEWELL & PATTERSON,                   Roberta J. Hegland
L.L.P.                                   State Bar No. 09375000
                                         Federal I.D. No. 6842
                                         Joseph A. Stallone
                                         State Bar No. 00797485
                                         Federal I.D. No. 22343
                                         2000 One Shoreline Plaza - South Tower
                                         800 North Shoreline Blvd.
                                         Corpus Christi, Texas 78401-3700
                                         Telephone No.: (361) 882-6644
                                         Telecopier No.: (361) 903-7000
                                         **ATTORNEYS FOR DEFENDANT**
                                         **J. ALLAN HALL & ASSOCIATES, INC.**

                                         /s/ Shelby J. Bush by JAS

PIPER RUDNICK, L.L.P.                    Shelby J. Bush
                                         State Bar No. 03497045
                                         Federal I.D. No. 16578
                                         1717 Main Street, Suite 4600
                                         Dallas, Texas 75201
                                         214.743.4500
                                         214.743.4545 (fax)
                                         **ATTORNEYS FOR COMPANION LIFE INSURANCE**
                                         **COMPANY**

OF COUNSEL:

Albert George
55 Monument Circle, Suite 1115
Indianapolis, IN 46204
Telephone No.: (317) 264-0020
Facsimile No.: (317) 264-9038

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to the parties listed below on this the 16th day of April, 2004:

Celeste Guerra
**LAW OFFICES OF RENE RAMIREZ**
1906 Tesoro
Pharr, Texas 78577

Stephen E. Walraven
Otto S. Good
**SHADDOX, COMPERE, WALRAVEN & GOOD, P.C.**
1250 N. E. Loop 410, Suite 725
San Antonio, Texas 78209

Cindy A. Garcia
Lesslie L. Eanes
**THE GARCIA LAW FIRM, P.C.**
201 North First Street
Harlingen, Texas 78550

Roberta J. Hegland
Joseph A. Stallone