

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 1 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § | |
| VS. | § § | CIVIL ACTION NO. 003-047 |
| COMPANION LIFE INSURANCE COMPANY, MANAGED BENEFITS ADMINISTRATOR AND INSURANCE CONSULTANTS, INC., J. ALLAN HALL & ASSOCIATES, INC., AND MBA OF WYOMING, INC. | § § § § § § | |

## DEFENDANT J ALLAN HALL & ASSOCIATES' UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED ORIGINAL ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Defendant J. Allan Hall & Associates, and files its Unopposed Motion for Leave to File First Amended Answer to Plaintiff's First Amended Complaint, and would respectfully show this Honorable Court the following:

1. Plaintiff originally filed this case in State Court.

2. Defendant J Allan Hall filed its Original Answer in accordance with Texas State law in the State Court action on January 2, 2003.

3. Since that time, all parties have engaged in discovery and further factual and legal investigation of this case.

4. Defendant seeks leave of the Court to file its attached First Amended Original Answer to Plaintiff's First Amended Complaint in a traditional Federal Court format, and to conform to the facts as it presently understands them.

Corpus Christi\667955.1

5. Plaintiff would not be prejudiced by the filing of Defendant's First Amended Original Answer to Plaintiff's First Amended Complaint because no new defenses or claims that have not been previously identified in pleadings and/or discovery are being added by this amendment. In fact, by specifically admitting and/or denying allegations in Plaintiff's First Amended Complaint, Defendant's proposed amendment may benefit all parties by streamlining the trial of this case.

6. Under the liberal pleading amendment standards embodied by Rule 15(a) of the Federal Rules of Civil Procedure, leave to file should be granted. See, e.g., **Lowrey v. Texas A&M University System**, 117 F.3d 242, 245 (5th Cir. 1997) (citing **Foman v. Davis**, 371 U.S. 178, 182 (1962)) ("In the absence of any apparent or declared reason -- such as undue delay, bad faith . . . [or] undue prejudice to the opposing party . . . the leave sought should, as the rules require, be 'freely given.'").

7. Defendant has attached to this Motion, the First Amended Original Answer of Defendant J Allan Hall & Associates, Inc. as Exhibit 1.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that the Court grant this Unopposed Motion for Leave and order the Clerk to file the First Amended Original Answer of Defendant J Allan Hall & Associates, Inc. to Plaintiff's First Amended Complaint.

Dated: April 20, 2004

Respectfully submitted,

_____
Roberta J. Hegland
State Bar No. 09375000
Federal I.D. No. 6842
Joseph A. Stallone
State Bar No. 00797485
Federal I.D. No. 22343
2000 One Shoreline Plaza - South Tower
800 North Shoreline Blvd.
Corpus Christi, Texas 78401-3700
Telephone No.: (361) 882-6644
Telecopier No.: (361) 903-7000
**ATTORNEYS FOR DEFENDANT**
**J. ALLAN HALL & ASSOCIATES, INC.**

BRACEWELL & PATTERSON,
L.L.P.

OF COUNSEL:

Albert George
55 Monument Circle, Suite 1115
Indianapolis, IN 46204
Telephone No.: (317) 264-0020
Facsimile No.: (317) 264-9038

### CERTIFICATE OF CONFERENCE

I, Roberta J. Hegland, hereby certify that I have conferred with counsel for all other parties and there is no objection to the substance of the subject motion.

_____
Roberta J. Hegland
Joseph A. Stallone

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to the parties listed below on this the 20th day of April, 2004:

Celeste Guerra
**LAW OFFICES OF RENE RAMIREZ**
1906 Tesoro
Pharr, Texas 78577

Stephen E. Walraven
Otto S. Good
**SHADDOX, COMPERE, WALRAVEN & GOOD, P.C.**
1250 N. E. Loop 410, Suite 725
San Antonio, Texas 78209

Cindy A. Garcia
Lesslie L. Eanes
**THE GARCIA LAW FIRM, P.C.**
201 North First Street
Harlingen, Texas 78550

Shelby J. Bush
**PIPER RUDNICK, L.L.P.**
1717 Main Street, Suite 4600
Dallas, Texas 75201

_____
Roberta J. Hegland
Joseph A. Stallone