United States District Court
Southern District of Texas
FILED

MAY 03 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SAN BENITO CONSOLIDATED § <br> INDEPENDENT SCHOOL DISTRICT § <br> § <br> VS. § <br> § <br> COMPANION LIFE INSURANCE § <br> COMPANY, MANAGED BENEFITS § <br> ADMINISTRATOR AND § <br> INSURANCE CONSULTANTS, INC., § <br> J. ALLAN HALL & ASSOCIATES, § <br> INC., AND MBA OF WYOMING, INC. § | CIVIL ACTION NO. 003-047 |

## NOTICE OF RESOLUTION OF CASE

TO THE HONORABLE JUDGE OF SAID COURT:

Please be advised that the parties have reached an agreement for resolution of this case. It is the intent of the parties to file with the Court, in the next 30 days, an agreed motion for dismissal with prejudice and proposed order granting same. Accordingly, the parties respectfully request that this Court remove the above-styled case from the trial docket of May 10, 2004. This Notice shall have no effect on this Court's April 15, 2004 Order to Show Cause set for hearing on May 6, 2004.

Dated: April 30, 2004

Respectfully submitted,

SHADDOX, COMPERE, WALRAVEN
& GOOD, P.C.

Stephen E. Walraven
State Bar No. 20796800
Otto S. Good
State Bar No. 08139600
1250 N.E. Loop 410, Suite 725
San Antonio, Texas 78209
Telephone No.: (210) 822-2018
Telecopier No.: (210) 822-4068
**ATTORNEYS FOR PLAINTIFF SAN BENITO**
**CONSOLIDATED INDEPENDENT SCHOOL DISTRICT**

|  |  |
|---|---|
| BRACEWELL & PATTERSON, L.L.P. | *Roberta J. Hegland by [signature]*<br>Roberta J. Hegland<br>State Bar No. 09375000<br>Federal I.D. No. 6842<br>Joseph A. Stallone<br>State Bar No. 00797485<br>Federal I.D. No. 22343<br>2000 One Shoreline Plaza - South Tower<br>800 North Shoreline Blvd.<br>Corpus Christi, Texas 78401-3700<br>Telephone No.: (361) 882-6644<br>Telecopier No.: (361) 903-7000<br>**ATTORNEYS FOR DEFENDANT**<br>**J. ALLAN HALL & ASSOCIATES, INC.** |

OF COUNSEL:

Albert George
55 Monument Circle, Suite 1115
Indianapolis, IN 46204
Telephone No.: (317) 264-0020
Facsimile No.: (317) 264-9038

|  |  |
|---|---|
| THE GARCIA LAW FIRM, P.C. | Cindy A. Garcia<br>State Bar No. 07631710<br>Lesslie L. Eanes<br>State Bar No. 24036513<br>201 North First Street<br>Harlingen, Texas 78550<br>Telephone No.: (956) 412-7055<br>Telecopier No.: (956) 412-7105<br>**ATTORNEYS FOR DEFENDANT**<br>**MBA OF WYOMING, INC.** |
| PIPER, RUDNICK, L.L.P. | *Shelby J. Bush by [signature]*<br>Shelby J. Bush<br>State Bar No. 03497045<br>1717 Main Street, Suite 4600<br>Dallas, Texas 75201<br>Telephone No.: (214) 743-4500<br>Telecopier No.: (214) 743-4545<br>**ATTORNEYS FOR DEFENDANT**<br>**COMPANION LIFE INSURANCE COMPANY** |

Corpus Christi\667585.1