IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 - 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § § § | |
| Plaintiff, | § § | |
| v. | § § § | |
| COMPANION LIFE INSURANCE COMPANY, MANAGED BENEFITS ADMINISTRATOR AND INSURANCE CONSULTANTS, INC., MICHAEL M. SWETNAM, JR., J. ALLAN HALL & ASSOCIATES, INC., AND MBA OF WYOMING, INC. | § § § § § § § § § | Cause No. B-003-047 |
| Defendants. | § § | |

## COMPANION LIFE INSURANCE COMPANY'S
## WITHDRAWAL OF ITS MOTION FOR SANCTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Companion Life Insurance Company ("Companion Life") hereby withdraws its part in the jointly filed Motion for Sanctions and states as follows:

1. On February 16, 2004, Companion Life, along with Defendant J. Allan Hall & Associates and Plaintiff San Benito Consolidated Independent School District, filed a Joint Motion for Sanctions against Defendants Managed Benefits Administrator and Insurance Consultants, Inc. and MBA of Wyoming, Inc.

2. Due to the recent resolution of this matter, Companion Life withdraws its part in that jointly filed motion.

3.  Because this matter is resolved in its entirety, Companion Life requests to be excused from any further appearance in this matter specifically including the May 6, 2004 scheduled Docket Call and Final Pre-Trial Conference.

**For these reasons**, Defendant Companion Life Insurance Company withdraws its part in the jointly filed Motion for Sanctions and requests to be excused from any further appearances in this case due to the case being resolved by compromise and settlement. Companion Life requests such further relief, legal and equitable, which this Court deems just and proper.

Respectfully submitted,

PIPER RUDNICK LLP

By: _____
Shelby J. Bush
State Bar No. 03497045

1717 Main Street, Suite 4600
Dallas, Texas 75201
(214) 743-4500 (telephone)
(214) 743-4545 (facsimile)

COUNSEL FOR COMPANION LIFE
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that this pleading was served in compliance with Federal Rules of Civil Procedure on this 3rd day of May, 2004 to the following counsel of record:

Celeste Guerra
Law Offices of Rene Ramirez
1906 Tesoro
Pharr, Texas 78577

Stephen R. Walraven
Shaddox, Compere, Walraven & Good, P.C.
1250 N.E. Loop 410, Suite 725
San Antonio, TX 78209

Roberta Hegland
Bracewell & Patterson, L.L.P.
2000 One Shoreline Plaza, South Tower
800 North Shoreline Boulevard
Corpus Christi, TX 78403-3700

Cindy A. Garcia
The Garcia Law Firm, P.C.
201 North 1st Street
Harlingen, Texas 78550

_____
Shelby J. Bush