IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT<br><br>Plaintiff,<br><br>v.<br><br>COMPANION LIFE INS. CO., MANAGED BENEFITS ADMINISTRATOR AND INS. CONSULTANTS, INC., J. ALLAN HALL & ASSOCS., INC., AND MBA OF WYOMING, INC.<br><br>Defendants. | CIVIL ACTION B-03-047 |

## ORDER

BE IT REMEMBERED that on May 4, 2004, the Court received Defendant Companion Life Insurance Company's Withdrawal of its Motion for Sanctions [Dkt. No. 65]. Defendant Companion Life and its counsel are hereby **EXCUSED** from appearing at the hearing on May 6, 2004.

DONE at Brownsville, Texas, this 4th day of May 2004.

Hilda G. Tagle
United States District Judge