IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| **SAN BENITO CONSOLIDATED**<br>**INDEPENDENT SCHOOL DISTRICT**<br><br>Plaintiff,<br><br>v.<br><br>**COMPANION LIFE INS. CO.,**<br>**MANAGED BENEFITS ADMINISTRATOR**<br>**AND INS. CONSULTANTS, INC.,**<br>**J. ALLAN HALL & ASSOCS., INC.,**<br>**AND MBA OF WYOMING, INC.**<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION B-03-047<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

BE IT REMEMBERED that on May 4, 2004, the Court **ORDERED** Defendants Managed Benefits Administrator and Insurance Consultants, Inc., and MBA of Wyoming, Inc. to submit in writing why the insurance adjuster assigned to this matter failed to appear at the December 17, 2003, mediation. Defendants will file their explanation by May 6, 2004, at 1:00 p.m. An adequate explanation may assist the Court in ruling on the motion for sanctions on submission thereby disposing of any need to have a show cause hearing.

DONE at Brownsville, Texas, this 4th day of May 2004.

_____
Hilda G. Tagle
United States District Judge