IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT<br><br>Plaintiff,<br><br>v.<br><br>COMPANION LIFE INS. CO.,<br>MANAGED BENEFITS ADMINISTRATOR AND INS. CONSULTANTS, INC.,<br>J. ALLAN HALL & ASSOCS., INC.,<br>AND MBA OF WYOMING, INC.<br><br>Defendants. | § § § § § § § § § § § § § § § § §    CIVIL ACTION B-03-047 |

## ORDER

BE IT REMEMBERED that on May 5, 2004, the Court **WITHDREW AND CANCELED** the show cause order against Defendants Managed Benefits Administrator and Insurance Consultants, Inc., and MBA of Wyoming, Inc. ("MBA"). The Joint Motion for Sanctions [Dkt. No. 43] is **DENIED**. MBA has demonstrated to the Court's satisfaction that they participated in the December 17, 2003, mediation in good faith. The insurance representative did participate in the mediation despite not being physically present. The Court, however, admonishes MBA to follow all Local Rules in the future. The motion hearing on May 6, 2004, is **CANCELED**.

DONE at Brownsville, Texas, this 5th day of May 2004.

Hilda G. Tagle
United States District Judge