IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SAN BENITO CONSOLIDATED § | |
| INDEPENDENT SCHOOL DISTRICT § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION B-03-047 |
| § | |
| COMPANION LIFE INS. CO., § | |
| MANAGED BENEFITS ADMINISTRATOR § | |
| AND INS. CONSULTANTS, INC., § | |
| J. ALLAN HALL & ASSOCS., INC., § | |
| AND MBA OF WYOMING, INC. § | |
| § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED that on May 10, 2004, the Court **MOOTED** all pending motions in this case.

DONE at Brownsville, Texas, this 10th day of May 2004.

Hilda G. Tagle
United States District Judge