IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 6 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| SAN BENITO CONSOLIDATED<br>INDEPENDENT SCHOOL DISTRICT<br><br>Plaintiff,<br><br>v.<br><br>COMPANION LIFE INSURANCE<br>COMPANY, MANAGED BENEFITS<br>ADMINISTRATOR AND<br>INSURANCE CONSULTANTS, INC.,<br>MICHAEL M. SWETNAM, JR.,<br>J. ALLAN HALL & ASSOCIATES,<br>INC., AND MBA OF WYOMING, INC.<br><br>Defendants. | §§§§§§§§§§§§§§§§§§  Cause No. B-003-047 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereto stipulate and agree that this action is hereby dismissed as to Defendants Companion Life Insurance Company, Managed Benefits Administrator and Insurance Consultants, Inc., J. Allan Hall & Associates, Inc. and MBA of Wyoming, Inc. Defendant Companion Life Insurance Company, Managed Benefits Administrator and Insurance Consultants, Inc., J. Allan Hall & Associates, Inc. and MBA of Wyoming, Inc. agree to the dismissal. This case is not a class action and no receiver has been appointed. This case is not governed by any federal statute that requires an order of the Court for dismissal of the case. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit. This dismissal is with prejudice.

Respectfully submitted,

SHADDOX, COMPERE, WALRAVEN & GOOD, P.C.

By: _____
Stephen E. Walraven
1250 N.E. Loop 410, Suite 725
San Antonio, TX 78209
Phone: (210) 822-2018
Fax: (210) 822-4068

COUNSEL FOR PLAINTIFFS

Dated the 18th day of November, 2004.

PIPER RUDNICK LLP

By: _____
Shelby Bush, Esq.
State Bar No. 03497045
1717 Main Street, Suite 4600
Dallas, Texas 75201-4605
Phone: (214) 743-4500
Fax: (214) 743-4545

COUNSEL FOR DEFENDANT COMPANION LIFE INSURANCE COMPANY

Dated the 22nd day of November, 2004.

THE GARCIA LAW FIRM, P.C.

By: _____
Cindy A. Garcia
State Bar No. 07631710
201 North 1st Street
Harlingen, Texas 78550
Phone: (956) 412-7055
Fax: (956) 412-7105

COUNSEL FOR DEFENDANT MANAGED
BENEFITS ADMINISTRATOR AND
INSURANCE CONSULTANTS, INC. AND MBA
OF WYOMING, INC.

Dated the _____ day of November, 2004.

BRACEWELL & PATTERSON, L.L.P.

By: _____
Roberta J. Hegland
State Bar No. 09375000
2000 One Shoreline Plaza, South Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78403-3700
Phone: (361) 882-6644
Fax: (361) 903-7000

COUNSEL FOR DEFENDANT J. ALLAN HALL
& ASSOCIATES

## CERTIFICATE OF SERVICE

I hereby certify that this pleading was served in compliance with Federal Rules of Civil Procedure on this 3rd day of December, 2004 to the following counsel of record:

Celeste Guerra
Law Offices of Rene Ramirez
1906 Tesoro
Pharr, Texas 78577

Stephen R. Walraven
Shaddox, Compere, Walraven & Good, P.C.
1250 N.E. Loop 410, Suite 725
San Antonio, TX 78209

Roberta Hegland
Bracewell & Patterson, L.L.P.
2000 One Shoreline Plaza, South Tower
800 North Shoreline Boulevard
Corpus Christi, TX 78403-3700

Cindy A. Garcia
The Garcia Law Firm, P.C.
201 North 1st Street
Harlingen, Texas 78550

_____
Shelby J. Bush