IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action B-03-047 |
| COMPANION LIFE INS. CO., MANAGED BENEFITS ADMINISTRATOR AND INS. CONSULTANTS, INC., J. ALLAN HALL & ASSOCS., INC., AND MBA OF WYOMING, INC. | § § § § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on December 10, 2004, the Court considered the parties' Stipulation of Dismissal [Dkt. No. 71]. The stipulation is presented to this Court pursuant to Federal Rules of Civil Procedure ("FRCP") 41(a)(1). As allowed by that rule, an action may be dismissed by the plaintiff without court order if the stipulation is signed by all parties. FRCP 41(a)(1)(ii). Additionally, "[u]nless otherwise stated in the . . . stipulation, the dismissal is without prejudice . . . ." Id. Here, all the remaining parties have signed the stipulation. The stipulation, however, states that the dismissal is with prejudice. Accordingly, it is hereby

**ORDERED** that this case be **DISMISSED WITH PREJUDICE**.

DONE at Brownsville, Texas, this 10 day of December, 2004.

Hilda G. Tagle
United States District Judge